| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER | |
|---|---|
| John C. Eastman, Constitutional Counsel Group <br> 1628 N Salinas #289, Salinas, CA 93906 <br> Telephone: (909) 257-3869 <br><br> Alexander Haberbush, Lex Rex Institute <br> 444 W. Ocean Blvd., Ste. 1403, Long Beach, CA 90802 <br> Telephone: (562) 435-9062 | |
| ATTORNEY(S) FOR: Plaintiffs | |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Rep. Matt Gaetz; Rep. Marjorie Taylor Greene; Put America First Joint Fundraising Committee; et al. <br><br> Plaintiff(s), <br> v. <br> City of Riverside; Raincross Hospitality Management Corp.; City of Anaheim; California LULAC State Organization; NAACP; et al. <br><br> Defendant(s) | CASE NUMBER: <br><br> 5:23-cv-1368 <br><br><br> **CERTIFICATION AND NOTICE OF INTERESTED PARTIES** <br> **(Local Rule 7.1-1)** |

TO:    THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _____Plaintiffs_____ or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Representative Matt Gaetz | Plaintiff |
| Representative Marjorie Taylor Greene | Plaintiff |
| Put America First Joint Fundraising Committee | Plaintiff |
| Friends of Matt Gaetz; Greene for Congress, Inc. | Plaintiff; Plaintiff |
| City of Riverside | Defendant |
| Raincross Hospitality Management Corp. | Defendant |
| City of Anaheim; California LULAC State Organization | Defendant; Defendant |
| NAACP; Unidos for La Causa, Inc. | Defendant; Defendant |
| Greater Riverside Hispanic Chamber of Commerce | Defendant |
| The League of Women Voters Riverside | Defendant |
| Women's March Action; Riverside County Democratic Party | Defendant; Defendant |
| Antiracist Riverside; Occupy Democrats | Defendant; Defendant |
| Occupy Democrats Election Fund PAC | Defendant |

| | |
|---|---|
| 07/13/2023 <br> Date | /s/ Alexander H. Haberbush <br> Signature |

Attorney of record for (or name of party appearing in pro per):

Plaintiffs