**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

| REPRESENTATIVE MAT GAETZ, et al., | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | ED CV 23-1368 DDP (SHKx) |
| v. | |
| CITY OF RIVERSIDE, et al., | **ORDER RETURNING CASE FOR REASSIGNMENT** |
| DEFENDANT(S). | |

    IT IS ORDERED that the above-entitled case is hereby returned to the Clerk for random reassignment pursuant to the provisions of this Court's General Order in the Matter of Assignment of Cases and Duties to District Judges.

July 14, 2023  
Date

_/s/ Dean D. Pregerson_  
DEAN D. PREGERSON  
United States District Judge

---

**NOTICE TO COUNSEL FROM CLERK**

This case has been reassigned to Judge **Hernan D. Vera** for all further proceedings. On all documents subsequently filed in this case, please substitute the initials **HDV** after the case number in place of the initials of the prior judge so that the case number will read **5:23-cv-01368 HDV(SHKx)** This is very important because documents are routed to the assigned judge by means of the initials.

cc: ☐ Previous Judge   ☐ Statistics Clerk

CV-89 (06/23)          ORDER RETURNING CASE FOR REASSIGNMENT