AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California

| | |
|---|---|
| REPRESENTATIVE MATT GAETZ; see attachment <br><br> *Plaintiff(s)* <br> v. <br> CITY OF RIVERSIDE; see attachment <br><br> *Defendant(s)* | Civil Action No. 5:23-cv-01368 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  City of Riverside
City Corporation Yard
8095 Lincoln Avenue
Riverside, CA 92504

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Alexander H. Haberbush
Lex Rex Institute
444 West Ocean Boulevard, Suite 1403
Long Beach, CA 90802

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____    _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 5:23-cv-01368

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

1 | John C. Eastman, No. 193726
        *Lead counsel*
2 | Anthony T. Caso, No. 088561
    CONSTITUTIONAL COUNSEL GROUP
3 | 174 W. Lincoln Ave, #620
    Anaheim, CA  92805
4 | Telephone: (909) 257-3869
    Fax: (714) 844-4817
5 | E-Mail:  jeastman@ccg1776.com

6 | Alexander H. Haberbush, Esq., SBN 330368
    LEX REX INSTITUTE
7 | 444 West Ocean Boulevard, Suite 1403
    Long Beach, CA 90802
8 | Telephone No. (562) 435-9062
    E-Mail: AHaberbush@LexRex.org
9 |
    Attorneys for Plaintiffs
10 |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REPRESENTATIVE MATT GAETZ; REPRESENTATIVE MARJORIE TAYLOR-GREENE; PUT AMERICA FIRST JOINT FUNDRAISING COMMITTEE; FRIENDS OF MATT GAETZ; GREENE FOR CONGRESS, INC.; on behalf of themselves and the prospective attendees at their July 17, 2021 scheduled political rally, <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF RIVERSIDE; RAINCROSS HOSPITALITY MANAGEMENT CORP., a California Corporation as agent for the City of Riverside; CITY | Case No.: 5:23-cv-1368 <br><br> **COMPLAINT FOR INJUNCTIVE AND DECLARATORY RELIEF AND DAMAGES** <br> **(42 U.S.C. §§1983, 1985)** <br> **DEMAND FOR JURY TRIAL** |

1

| | |
|---|---|
| 1  OF ANAHEIM; CALIFORNIA | ) |
|     LULAC STATE ORGANIZATION; | ) |
| 2  NATIONAL ASSOCIATION FOR | ) |
|     THE ADVANCEMENT OF | ) |
| 3  COLORED PEOPLE; UNIDOS FOR | ) |
|     LA CAUSA, INC.; GREATER | ) |
| 4  RIVERSIDE HISPANIC CHAMBER | ) |
|     OF COMMERCE; THE LEAGUE OF | ) |
| 5  WOMEN VOTERS RIVERSIDE; | ) |
|     WOMEN'S MARCH ACTION; | ) |
| 6  RIVERSIDE COUNTY | ) |
|     DEMOCRATIC PARTY; | ) |
| 7  ANTIRACIST RIVERSIDE; OCCUPY | ) |
|     DEMOCRATS; and OCCUPY | ) |
| 8  DEMOCRATS ELECTION FUND | ) |
|     PAC, | ) |
| 9 | ) |
|           Defendants. | ) |
| 10 | ) |
| | ) |

## JURISDICTION

1. This Court has jurisdiction to hear this claim pursuant to 28 U.S.C. § 1331 (federal question) since the claims asserted herein arise out of the laws of the United States (42 USC §§1983, 1985) and the Speech Clause of the First Amendment to the United States Constitution, as incorporated and made applicable to the states by the Fourteenth Amendment.

## VENUE

2. Venue is proper in this district pursuant to 28 U.S.C. § 1391(c)(1) because all defendants are entities that are subject to this Court's personal jurisdiction. The CITIES OF RIVERSIDE and ANAHEIM are government bodies that are located

## Attachment 2 to Summons

**DEFENDANTS TO BE SERVED:**

RAINCROSS HOSPITALITY MANAGEMENT CORP., A California Corporation as agent for the City of Riverside
Sean S. Varner
3750 University Ave
Suite 610
Riverside, CA  92501

CITY OF ANAHEIM
200 S. Anaheim Blvd.
Anaheim, CA 92805

CALIFORNIA LULAC STATE ORGANIZATION
Jose Luis Barrera Novoa
1880 N Main Street
200
Salinas, CA  93906

NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE
6269 Selma Ave,
Los Angeles, CA 90028

UNIDOS FOR LA CAUSA, INC.
Joyce Yi
101 N Brand Blvd 11th FL
Glendale, CA 91203

GREATER RIVERSIDE HISPANIC CHAMBER OF COMMERCE
Andrew Guerra, Jr., Executive Director
3230 Vine St., Suite 200
Riverside, CA 92507

THE LEAGUE OF WOMEN VOTERS RIVERSIDE
6468 Barranca Drive,
Riverside, CA 92506

WOMEN'S MARCH ACTION
WMA Mailing Address
10573 W. Pico Blvd #7
Los Angeles, CA 90064

RIVERSIDE COUNTY DEMOCRATIC PARTY
24626 Sunnymead Boulevard,
Moreno Valley, CA 92553

ANTIRACIST RIVERSIDE
Janice Rooths
7364 Goldboro Ln
Riverside, CA 92506

OCCUPY DEMOCRATS
Omar Rivero
8510 SW 149th Ave
Miami, FL 33193

OCCUPY DEMOCRATS ELECTION FUND PAC
Omar Rivero
8510 SW 149th Ave
Miami, FL 33193