Name and address:
John C. Eastman
Constitutional Counsel Group
1628 N Main St #289
Salinas, CA 93906

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Matt Gaetz, et al. | | CASE NUMBER: |
| | PLAINTIFF(S) | 5:23-CV-01368-HDV (JPRx) |
| v. | | |
| City of Riverside, et al. | | NOTICE OF CHANGE OF ATTORNEY BUSINESS OR CONTACT INFORMATION |
| | DEFENDANT(S) | |

## INSTRUCTIONS

*Attorneys with pending cases:*

If you are counsel of record in a case currently pending in this district and you need to update your business or contact information, you must file and serve this form in <u>each</u> of your pending cases.  Doing so will satisfy your notice obligation under Local Rule 83-2.4.  <u>In addition</u>, if you are registered to use the Court's electronic filing system, you must log in to your PACER account and update your information online.  *See* Local Rule 5-4.8.1.  For instructions, visit www.cacd.uscourts.gov/e-filing/updating-your-contact-information.

*Attorneys with no pending cases:*

If you are registered to use the Court's electronic filing system, but have no cases currently pending in this district, and you need to update your business or contact information in the Court's records, you must log in to your PACER account and update your information online (see www.cacd.uscourts.gov/e-filing/updating-your-contact-information).  Doing so satisfies your obligations under Local Rules 5-4.8.1 and 83-2.4; you do not need to submit this or any other form.

If you are <u>not</u> registered to use the Court's electronic filing system, have no cases currently pending in this district, and need to update your business or contact information in the Court's records, please complete this form (you may leave the caption and case number blank) and email it to "email_update@cacd.uscourts.gov" with the subject line "Attention: Attorney Admission Clerk."  Doing so satisfies your notice obligation under Local Rule 83-2.4.

*Please note:*

Use this form only to make changes to an attorney's business or contact information, not to change a party's representation.  If you need to add, remove, or substitute counsel in a particular case, use Form G-01 ("Request for Approval of Substitution or Withdrawal of Counsel") or Form G-123 ("Notice of Appearance or Withdrawal of Counsel").

### SECTION I - IDENTIFYING INFORMATION

Name: John C. Eastman

Current email address of record: jeastman@ccg1776.com

Check one: ☑ Member of the Central District Bar; CA Bar No: 193726      ☐ Admitted *pro hac vice*

Counsel of record for (if filing in a pending case): Gaetz et al. v. City of Riverside, et al., No. 5:23-CV-01368-HDV (JPRx)

If you are an Assistant United States Attorney or Deputy Federal Public Defender in this district, indicate your agency and office:

☐ FPDO       ☐ USAO (specify):   ☐ Civil Division   ☐ Criminal Division

☐ Los Angeles       ☐ Santa Ana       ☐ Riverside

**SECTION II - UPDATED INFORMATION**

☐ I need to update the email address associated with my records.  My new primary email address is: _____

*Note:  if you need to update the secondary email address(es) associated with your account, you must log in and makes those changes yourself.*

☑ I need to update other business or contact information.  Please replace my current contact information with the following new information:

Attorney's name changed to: _____

Name of new firm or government agency: _____

New address:  1628 N Main St #289; Salinas, CA 93906

New telephone number: _____     New fax number: _____

New email address *(for non-e-filers)*: _____

**SECTION III - APPLICATION TO CLOSED CASES**

If you are registered to use the Court's e-filing system, you will have the opportunity to change your contact information in cases that are no longer pending when you update your information in PACER.  If you are <u>not</u> registered, using this form to update your information will affect pending and future cases only, unless you check one of the boxes below:

☐ Update my information in all cases (including closed cases) in which I am listed as counsel of record.

☐ Update my information in only the following cases (*include case name and number; attach additional pages if necessary*):

_____
_____
_____
_____

**SECTION IV - REGISTERING TO USE THE COURT'S E-FILING SYSTEM**

If you have not yet registered to use the Court's e-filing system, you may do so at www.pacer.gov.  Click "Manage My Account" in the upper right corner of the screen, log in using your individual upgraded PACER account, and select the "Maintenance" tab.  Select "Attorney Admissions/E-File Registration," choose "U.S. District Courts" and the Central District of California from the dropdown menus, click on the "E-File Registration Only" button, and follow the instructions.  Your request will be submitted to the Central District.  If approved, you will be notified that your e-filing privileges have been activated.

**SECTION V  - SIGNATURE**

Pursuant to Rule 83-2.4 of the Local Rules for the Central District of California, I hereby notify the Clerk of Court and all parties to this action, if any action is named above, that my business or contact information has changed as indicated herein.

Date:  08/03/2023         Signature:  /s/ John C. Eastman

## CERTIFICATE OF SERVICE

I hereby certify that on August 3, 2023, I caused to be served a true and complete copy of the foregoing **NOTICE OF CHANGE OF ADDRESS FOR ATTORNEY EASTMAN** and the **NOTICE OF CHANGE OF ADDRESS FOR ATTORNEY CASO** upon all parties herein by e-filing with the CM/ECF system maintained by the court and/or by U.S. mail, addressed as follows:

City of Riverside
City Corporation Yard
8095 Lincoln Ave.
Riverside, CA 92504

Raincross Hospitality Management Corp.
Sean S. Varner
3750 University Ave
Suite 610
Riverside, CA  92501

City of Anaheim
200 S. Anaheim Blvd.
Anaheim, CA 92805

California Lulac State Organization
Jose Luis Barrera Novoa
1880 N Main Street
200
Salinas, CA  93906

National Association for the Advancement of Colored People
6269 Selma Ave,
Los Angeles, CA 90028

Unidos for La Causa, Inc.
Joyce Yi
101 N Brand Blvd 11th FL
Glendale, CA 91203

Greater Riverside Hispanic Chamber of Commerce
Andrew Guerra, Jr., Executive Director
3230 Vine St., Suite 200
Riverside, CA 92507

The League of Women Voters Riverside
6468 Barranca Drive,
Riverside, CA 92506

Women's March Action
WMA Mailing Address
10573 W. Pico Blvd #7
Los Angeles, CA 90064

Riverside County Democratic Party
24626 Sunnymead Boulevard,
Moreno Valley, CA 92553

Antiracist Riverside
Janice Rooths
7364 Goldboro Ln
Riverside, CA 92506

Occupy Democrats
Omar Rivero
8510 SW 149th Ave
Miami, FL 33193

Occupy Democrats Election Fund PAC
Omar Rivero
8510 SW 149th Ave
Miami, FL 33193


/s/ John C. Eastman