John C. Eastman, No. 193726
    Lead counsel
Anthony T. Caso, No. 088561
CONSTITUTIONAL COUNSEL GROUP
1628 N. Main St., #289
Salinas, CA 93906
Telephone: (909) 257-3869
Fax: (714) 844-4817
E-Mail: jeastman@ccg1776.com

Alexander H. Haberbush, Esq., SBN 330368
LEX REX INSTITUTE
444 West Ocean Boulevard, Suite 1403
Long Beach, CA 90802
Telephone No. (562) 435-9062
E-Mail: AHaberbush@LexRex.org

Attorneys for Plaintiffs

DEREK P. COLE, Bar No. 204250
dcole@colehuber.com
DANIEL S. ROBERTS, Bar No. 205535
droberts@colehuber.com
COLE HUBER LLP
2855 E. Guasti Road, Suite 402
Ontario, California 91761
Telephone: (909) 230-4209
Facsimile:  (909) 937-2034

Attorneys for Defendant
League of Women Voters Riverside

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| REPRESENTATIVE MATT GAETZ, ET AL.,<br><br>    Plaintiffs,<br><br>v.<br><br>CITY OF RIVERSIDE, ET AL.,<br><br>    Defendants. | Case No. 5:23-CV-1368 HDV (SHKx)<br>The Hon. Hernán D. Vera<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT LEAGUE OF WOMEN VOTERS RIVERSIDE TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS**<br>**[L.R. 8-3]**<br><br>Complaint Served:    7/21/2023<br>Current Response Date:  9/19/2023<br>New Response Date:    9/29/2023 |

1  Pursuant to Local Rule 8-3, Plaintiffs on the one hand and Defendant League
2  of Women Voters Riverside ("LWV") on the other hand, by and through their
3  respective undersigned counsel of record, hereby stipulate to extend the time for the
4  LWV to respond to the initial complaint in this matter by 10 days. LWV signed and
5  returned Plaintiffs' Request for Waiver of Service of Summons, dated July 21, 2023,
6  making its response to the complaint due September 19, 2023. With the agreed 10-
7  day extension, LWV's response to the complaint is now due on September 29, 2023.

**SO STIPULATED.**

Dated: September 11, 2023             CONSTITUTIONAL COUNSEL GROUP


By:    /s/ Alexander Haberbush
       Alexander H. Haberbush
       Attorneys for Plaintiffs

Dated: September 11, 2023             COLE HUBER LLP


By:    /s/ Daniel S. Roberts*
       Derek P. Cole
       Daniel S. Roberts
       Attorneys for Defendant
       League of Women Voters Riverside

\*   Pursuant to Local Rule 5-4.3.4(a)(i), the filer of this Stipulation attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's contend and have authorized the filing.