**O'HAGAN MEYER**
SAMUEL Y. EDGERTON, III (SBN 127156)
ELIZABETH DEL CID (SBN 250962)
2615 Pacific Coast Highway, Suite 300
Hermosa Beach, CA 90254
Tel: 310.807.1100 | Fax: 310.807.1115
Email: sedgerton@ohaganmeyer.com
Email: edelcid@ohaganmeyer.com

*Attorneys for Defendant,*
*RAINCROSS HOSPITALITY MANAGEMENT CORP.*

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REPRESENTATIVE MATT GAETZ; REPRESENTATIVE MARJORIE TAYLOR-GREENE; PUT AMERICA FIRST JOINT FUNDRAISING COMMITTEE; FRIENDS OF MATT GAETZ; GREENE FOR CONGRESS, INC.; on behalf of themselves and the prospective attendees at their July 17, 2021 scheduled political rally, <br><br> Plaintiffs, <br><br> vs. <br><br> CITY OF RIVERSIDE; RAINCROSS HOSPITALITY MANAGEMENT CORP., a California Corporation as agent for the City of Riverside; CITY OF ANAHEIM; CALIFORNIA LULAC STATE ORGANIZATION; NATIONAL ASSOCIATION FOR THE | Case No.: 5:23-cv-01368 <br><br> **STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)** <br><br><br> Complaint Served: July 21, 2023 <br> Current Response Date: Sept. 19, 2023 <br> New Response Date: October 19, 2023 |

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8<br>9<br>10 | ADVANCEMENT OF COLORED PEOPLE; UNIDOS FOR LA CAUSA, INC.; GREATER RIVERSIDE HISPANIC CHAMBER OF COMMERCE; THE LEAGUE OF WOMEN VOTERS RIVERSIDE; WOMEN'S MARCH ACTION; RIVERSIDE COUNTY DEMOCRATIC PARTY; ANTIRACIST RIVERSIDE; OCCUPY DEMOCRATS; and OCCUPY DEMOCRATS ELECTION FUND PAC,<br><br>                            Defendants. |

11

12   In accordance with Local Rule 8-3, Plaintiffs and Defendant Raincross

13   Hospitality Management Corp. ("Raincross") hereby stipulate as follows:

14   WHEREAS, the original deadline for Raincross to respond to Plaintiffs'

15   

16   Complaint is September 19, 2023;

17   WHEREAS, counsel for Raincross requested and Plaintiffs consented to a

18   

19   30-day extension for Raincross to respond to Plaintiffs' Complaint;

20   ///

21   ///

22   

23   ///

24   ///

25   ///

26   

27   ///

2

28   **STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**
Case No.: 5:23-cv-01368

NOW, THEREFORE, IT IS HEREBY STIPULATED that Raincross may have to and including October 19, 2023 to respond to Plaintiffs' Complaint.

IT IS SO STIPULATED.

DATED: September 11, 2023            Respectfully submitted,

                                                 O'HAGAN MEYER

                                                 By:   /s/ Samuel Edgerton
                                                         SAMUEL Y. EDGERTON, III
                                                         ELIZABETH DEL CID
                                                         *Attorneys for Defendant,*
                                                         *RAINCROSS HOSPITALITY*
                                                         *MANAGEMENT CORP.*

DATED: September 11, 2023            LEX REX INSTITUTE

                                                 By:    /s/ Alexander Haberbush
                                                         ALEXANDER H. HABERBUSH
                                                         *Attorneys for Plaintiffs,*
                                                         REPRESENTATIVE MATT GAETZ; REPRESENTATIVE MARJORIE TAYLOR-GREENE; PUT AMERICA FIRST JOINT FUNDRAISING COMMITTEE; FRIENDS OF MATT GAETZ; and GREENE FOR CONGRESS, INC.

3

**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**
Case No.: 5:23-cv-01368