link 71

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REPRESENTATIVE MATT GAETZ, ET AL.<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>CITY OF RIVERSIDE, ET AL.<br><br>　　　　Defendants. | Case No.: 5:23-cv-01368-HDV-SHK<br><br>[Proposed] **ORDER RESETTING DATE OF HEARING ON MOTION TO DISMISS** |

The Court resets the hearing for the following motion to 02/01/2024 at 10:00 am: Defendant Unidos for La Causa, Inc.'s Motion to Dismis (Dkt. #69).

IT IS SO ORDERED.

Dated: 1/3/24

By: _____
The Honorable Hernan D. Vera
United States District Judge

[PROPOSED] ORDER RESETTING HEARING DATE - 1