DEREK P. COLE, Bar No. 204250
dcole@colehuber.com
DANIEL S. ROBERTS, Bar No. 205535
droberts@colehuber.com
TYLER J. SHERMAN, Bar No. 343567
tsherman@colehuber.com
COLE HUBER LLP
2855 E. Guasti Road, Suite 402
Ontario, California 91761
Telephone: (909) 230-4209
Facsimile: (909) 937-2034

Attorneys for Defendant
League of Women Voters Riverside

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| REPRESENTATIVE MATT GAETZ, ET AL.,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF RIVERSIDE, ET AL.,<br><br>Defendants. | Case No. 5:23-CV-1368 HDV (SHKx)<br><br>**DEFENDANT THE LEAGUE OF WOMEN VOTERS OF RIVERSIDE'S NOTICE OF ERRATA TO REPLY TO PLAINTIFFS' CONSOLIDATED OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS SECTION 1985 CLAIMS**<br><br>The Hon. Hernán D. Vera |

**NOTICE OF ERRATA**

Defendant The League of Women Voters of Riverside Respectfully submits this errata to its Reply to Plaintiffs' Consolidated Opposition to Defendants' Motions to Dismiss Section 1985 Claims, submitted on January 18, 2024. Undersigned counsel inadvertently left off the Certificate of Compliance, required under Local Rule 11.6.2., certifying that the Reply complied with Local Rule 11.61. The Certificate of Compliance is attached to this Notice of Errata as **Exhibit A**.

The Certificate certifies that the Reply brief contains 3,411 words, which is fewer words that the maximum number of words permitted by Local Rule 11.6.1

Dated: January 19, 2024

COLE HUBER LLP

By: _____
Derek P. Cole
Daniel S. Roberts
Tyler J. Sherman
Attorneys for Defendant
League of Women Voters Riverside

# Exhibit A

**CERTIFICATE OF COMPLIANCE**

The undersigned, counsel of record for Defendant The League of Women Voters Riverside, certifies that its Memorandum of Points and Authorities in support of its Reply to Plaintiffs' Consolidated Opposition to Defendants' Motions to Dismiss Section 1985 Claims contains 3,411 words, which complies with the word limit of Local Rule 11-6.1.

Dated:  January 19, 2024                COLE HUBER LLP

By: _____
Derek P. Cole
Daniel S. Roberts
Tyler J. Sherman
Attorneys for Defendant
League of Women Voters Riverside

**PROOF OF SERVICE**

**Representative Matt Gaetz v. City of Riverside, et al.**

**Case No. 5:23-CV-1368 HDV (SHKx)**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Placer, State of California. My business address is 2281 Lava Ridge Court, Suite 300, Roseville, CA 95661.

On January 19, 2024, I served true copies of the following document(s) described as

**DEFENDANT THE LEAGUE OF WOMEN VOTERS OF RIVERSIDE'S NOTICE OF ERRATA TO REPLY TO PLAINTIFFS' CONSOLIDATED OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS SECTION 1985 CLAIMS**

on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on January 19, 2024, at Roseville, California.

                        /s/ Tracy Rainsbury
                        Tracy Rainsbury

**SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("ECF")**

John C. Eastman, Esq.
Anthony T. Caso, Esq.
CONSTITUTIONAL COUNSEL GROUP
174 W. Lincoln Ave, #620
Anaheim, CA 92805
Telephone: (909) 257-3869
E-Mail: jeastman@ccg1776.com

Alexander H. Haberbush, Esq.,
LEX REX INSTITUTE
444 West Ocean Boulevard, Suite 1403
Long Beach, CA 90802
Telephone: (562) 435-9062
E-Mail: AHaberbush@LexRex.org

Elzabeth Victoria Duran, Esq.
STREAM KIM HICKS WRAGE & ALFARO, PC
3403 Tenth Street, Suite 700
Riverside, CA 92501
Telephone: (951) 783-9470
E-Mail: elizabeth.duran@streamkim.com

**SERVED BY U.S. MAIL**

Greater Riverside Hispanic Chamber of Commerce
Andrew Guerra, Jr., Executive Director
3230 Vine St., Suite 200
Riverside, CA 92507

Women's March Action
10573 W. Pico Blvd #7
Los Angeles, CA 90064

Riverside County Democratic Party
24626 Sunnymead Blvd.
Moreno Valley, CA 92553

Antiracist Riverside
Janice Rooths
7364 Goldboro Ln.
Riverside, CA 92506

Occupy Democrats/Election Fund PAC
Omar Rivero
8510 SW 149th Ave
Miami, FL 33193