1 | **BROWER LAW GROUP, APC**
Lee K. Fink (SBN 216293)
2 | *Lee@BrowerLawGroup.com*
100 Pacifica, Suite 160
3 | Irvine, California 92618
Telephone: (949) 668-0825
4
5 | Attorneys for Defendants Riverside
County Democratic Party and Women's
6 | March Action

LINK 91

7

8 | **UNITED STATES DISTRICT COURT**

9 | **CENTRAL DISTRICT OF CALIFORNIA**

10

11 | REPRESENTATIVE MATT GAETZ,
*et al.*,

Case No. 5:23-cv-01368-HDV-SHK

12

~~**PROPOSED**~~ **ORDER GRANTING
STIPULATION TO SET ASIDE
DEFAULT (WOMEN'S MARCH
ACTION)**

13 | Plaintiffs,

14 | v.

Judge:  Hon. Hernan D. Vera

15

16 | CITY OF RIVERSIDE, *et al.*,

Trial Date:       None Set

17 | Defendants.

18

19 | The court having considered the Stipulation of Plaintiffs and Defendant

20 | Women's March Action ("WMA") (collectively, the "Parties") to set aside the Entry

21 | of Default against RCDP for filing of responsive pleadings,

22 | / / /

23 | / / /

24 | / / /

25 | / / /

26 | / / /

27 | / / /

28 | / / /

1   **IT IS HEREBY ORDERED** that WMA file a responsive pleading to the First

2   Amended Complaint on or before the date that is 14 days after the Court rules on the

3   pending motions to dismiss (ECF Nos. 33, 34, 37, 44, 47, 51, and 69, now under

4   submission per ECF Nos. 88, 90).

5

6   **IT IS FURTHER ORDERED** that the entry of default against WMA is set

7   aside.

8

9   **IT IS SO ORDERED.**

10

11   Dated:   3/20/24   _____

12

Hon. Hernan D. Vera
Judge, United States District Court

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28