| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER | CLEAR FORM |
|---|---|
| LAW OFFICES OF WILLIAM R. PRICE<br>William R. Price (SBN 171531)<br>D. Scott Dodd (SBN 170500)<br>12636 High Bluff Dr., Suite 400<br>San Diego, CA 92130 | |

ATTORNEY(S) FOR: CITY OF RIVERSIDE

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| MATT GAETZ, et al.<br><br>Plaintiff(s),<br>v.<br>CITY OF RIVERSIDE et al.<br><br>Defendant(s) | CASE NUMBER:<br>5:23-cv-01368-HDV (SHKx)<br><br>**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**<br>(Local Rule 7.1-1) |
|---|---|

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _____CITY OF RIVERSIDE_____
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| **PARTY** | **CONNECTION / INTEREST** |
|---|---|
| City of Riverside | Defendant |

04/10/2024
Date

/s/ William R. Price
Signature

Attorney of record for (or name of party appearing in pro per):

CITY OF RIVERSIDE

CV-30 (05/13)          NOTICE OF INTERESTED PARTIES