**BROWER LAW GROUP, APC**
Lee K. Fink (SBN 216293)
 *Lee@BrowerLawGroup.com*
100 Pacifica, Suite 160
Irvine, California 92618
Telephone: (949) 668-0825

Attorneys for Defendants Riverside County Democratic Party and Women's March Action

link 110

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REPRESENTATIVE MATT GAETZ, *et al.*,<br><br>           Plaintiffs,<br><br>     v.<br><br>CITY OF RIVERSIDE, *et al.*,<br><br>           Defendants. | Case No. 5:23-cv-01368-HDV-SHK<br><br>[~~PROPOSED~~] ORDER OF DISMISSAL – RIVERSIDE COUNTY DEMOCRATIC PARTY<br><br>Judge:  Hon. Hernan D. Vera<br><br>Trial Date:         None Set |

**IT IS HEREBY ORDERED** that pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(2), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to all claims, causes of action with respect to Defendant Riverside County Democratic Party.

**IT IS SO ORDERED.**

Dated:   4/12/24

_____
Hon. Hernan D. Vera
Judge, United States District Court