**DENIED**
BY ORDER OF

Hernán D. Vera
United States District Judge

On: 8/14/24

LINK 86

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REPRESENTATIVE MATT GAETZ, et al,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF RIVERSIDE; et al,<br><br>Defendants. | CASE NO.: 5:23-cv-01368-HDV-SHK<br><br>[PROPOSED] ORDER ~~GRANTING~~ DEFENDANT CALIFORNIA LULAC STATE ORGANIZATION'S APPLICATION FOR LEAVE REGARDING REPLY IN SUPPORT OF ITS MOTION TO DISMISS PURSUANT TO FED. R. CIV. PROC. 12(b)(6) |

## ORDER

The Court having read and considered Defendant California LULAC State Organization's Application for Leave Regarding Reply to Plaintiff's Opposition to Defendant LULAC's Motion to Dismiss (Dkt. 83), and **GOOD CAUSE** having been shown therefor, the Court hereby **ORDERS** as follows:

Defendant California LULAC State Organization's Application is **GRANTED.**

Defendant California LULAC's Reply is accepted as filed. *[OR]*

Defendant California LULAC shall file a Reply which does not exceed ten (10) pages.

**IT IS SO ORDERED**

Dated: January ___, 2024

_____
The Honorable Hernan D. Vera
United States District Judge

1

[PROPOSED] ORDER GRANTING DEFENDANT CALIFORNIA LULAC STATE ORGANIZATION'S
APPLICATION FOR LEAVE REGARDING REPLY TO OPPOSITION TO MOTION TO DISMISS