Anthony T. Caso, No. 088561
CONSTITUTIONAL COUNSEL GROUP
1628 N. Main St. #289
Salinas, CA  93906
Telephone: (916) 601-1916
E-Mail:  atcaso@ccg1776.com

Alexander H. Haberbush, Esq., SBN 330368
LEX REX INSTITUTE
444 West Ocean Boulevard, Suite 1403
Long Beach, CA 90802
Telephone No. (562) 435-9062
E-Mail: AHaberbush@LexRex.org

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REPRESENTATIVE MATT GAETZ, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF RIVERSIDE, et al.,<br><br>Defendants. | Case No.: 5:23-cv-01368-HDV-SHK<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE OF CITY OF RIVERSIDE, CITY OF ANAHEIM, and RAINCROSS HOSPITALITY MANAGEMENT CORPORATION**<br><br>Trial Date:  June 27, 2025 |

Plaintiffs Representative Matt Gaetz, Representative Marjorie Taylor-Greene, Put America First Joint Fundraising Committee, Friends of Matt Gaetz, Greene for Congress, Inc., on behalf of themselves and the prospective attendees at their July 17, 2021 scheduled political rally, one the one hand, and Defendants City of Riverside, City of Anaheim, and Raincross Hospitality Management Corporation on the other hand,

1

hereby stipulate under Federal Rule of Civil Procedure 41(a)(2) that this action be dismissed with prejudice as to all claims and causes of action as to Defendants City of Riverside, City of Anaheim, and Raincross Hospitality Management Corporation. All parties will bear their own costs and attorneys' fees.

DATED: October 28, 2024

CONSTITUTIONAL COUNSEL GROUP

By: /s/Anthony T. Caso
Attorneys for Plaintiffs

LAW OFFICES OF WILLIAM R. PRICE

By: /s/ William R. Price
Attorneys for City of Riverside

MEYERS NAVE

By: /s/ Deborah Fox
Attorneys for City of Anaheim

O'HAGAN MEYER, LLP

By: /s/Samuel Edgerton
Attorneys for Raincross Management Corporation

2

I hereby attest that that all other signatories listed, and on whose behalf the filing is submitted, concur in this filing's content and have authorized the filing.

DATED: October 28, 2024

                                 CONSTITUTIONAL COUNSEL GROUP

                                 <u>By: /s/Anthony T. Caso</u>
                                 Attorneys for Plaintiffs