1  Anthony T. Caso, No. 088561
   CONSTITUTIONAL COUNSEL GROUP
2  1628 N. Main St. #289
   Salinas, CA  93906
3  Telephone: (916) 601-1916
   E-Mail:  atcaso@ccg1776.com
4

   Alexander H. Haberbush, Esq., SBN 330368
5  LEX REX INSTITUTE
   444 West Ocean Boulevard, Suite 1403
6  Long Beach, CA 90802
   Telephone No. (562) 435-9062
7  E-Mail: AHaberbush@LexRex.org

8  Attorneys for Plaintiffs

9
                    UNITED STATES DISTRICT COURT
                    CENTRAL DISTRICT OF CALIFORNIA
10

11 | REPRESENTATIVE MATT GAETZ,    ) Case No.: 5:23-cv-01368-HDV-SHK
   | et al.                        )
12 |                               )
   |          Plaintiffs,          ) **[PROPOSED] ORDER OF**
13 |                               ) **DISMISSAL**
   |     v.                        )
14 |                               ) Judge:  Hon. Hernan D. Vera
   | CITY OF RIVERSIDE, et al.,    ) Trial Date:  June 27, 2025
15 |                               )
   |          Defendants.          )
16 |                               )

17

18      **IT IS HEREBY ORDERED** that pursuant to the stipulation of the parties under

19 Federal Rule of Civil Procedure 41(a)(2), IT IS ORDERED THAT THIS ACTION BE,

   AND HEREBY IS, DISMISSED WITH PREJUDICE as to all claims, causes of action
20
   with respect to Defendants City of Riverside, City of Anaheim, and Raincross
21

                                        1

Hospitality Management Corporation. The parties to bear their own costs and attorneys' fees.

**IT IS SO ORDERED.**

Dated: _____

Hon. Hernan D. Vera
Judge, United States District Court