1  Anthony T. Caso, No. 088561
   CONSTITUTIONAL COUNSEL GROUP
2  1628 N. Main St. #289
   Salinas, CA  93906
3  Telephone: (916) 601-1916
   E-Mail:  atcaso@ccg1776.com
4

   Alexander H. Haberbush, Esq., SBN 330368
5  LEX REX INSTITUTE
   444 West Ocean Boulevard, Suite 1403
6  Long Beach, CA 90802
   Telephone No. (562) 435-9062
7  E-Mail: AHaberbush@LexRex.org

8  Attorneys for Plaintiffs

JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| REPRESENTATIVE MATT GAETZ, et al. | Case No.: 5:23-cv-01368-HDV-SHK |
|---|---|
| Plaintiffs, | [~~PROPOSED~~] **ORDER OF DISMISSAL** |
| v. | |
| CITY OF RIVERSIDE, et al., | Judge: Hon. Hernan D. Vera<br>Trial Date: June 27, 2025 |
| Defendants. | |

**IT IS HEREBY ORDERED** that pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(2), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to all claims, causes of action with respect to Defendants City of Riverside, City of Anaheim, and Raincross

1

1  Hospitality Management Corporation.  The parties to bear their own costs and attorneys'
2  fees.

   **IT IS SO ORDERED.**

3

4  Dated:    10/30/24

   Hon. Hernan D. Vera
5  Judge, United States District Court

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21