DEREK P. COLE, Bar No. 204250
dcole@colehuber.com
DANIEL S. ROBERTS, Bar No. 205535
droberts@colehuber.com
COLE HUBER LLP
2855 E. Guasti Road, Suite 402
Ontario, California 91761
Telephone:  (909) 230-4209
Facsimile:   (909) 937-2034

Attorneys for Defendant
League of Women Voters Riverside

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| REPRESENTATIVE MATT GAETZ, ET AL.,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF RIVERSIDE, ET AL.,<br><br>Defendants. | Case No. 5:23-CV-1368 HDV (SHKx)<br><br>**JOINT STIPULATION TO EXTEND TIME FOR PREVAILING DEFENDANTS TO FILE MOTIONS FOR ATTORNEY'S FEES IN ORDER TO PROVIDE MORE TIME TO MEET AND CONFER ON SUCH MOTION**<br><br>The Hon. Hernán D. Vera |

4885-0143-8709.1

Plaintiffs Matt Gaetz, Marjorie Taylor-Greene, Put America First Joint Fundraising Committee, Friends of Matt Gaetz, and Green for Congress (collectively "Plaintiffs") on the one hand, and Defendants California LULAC State Organization ("LULAC"), National Association for the Advancement of Colored People ("NAACP"), Unidos for La Causa, Inc. ("Unidos"), The League of Women Voters Riverside ("LWV"), Women's March Action, and Riverside County Democratic Party (collectively "Nonprofit Defendants") on the other hand, each through their respective undersigned counsel of record, hereby stipulate and agree as follows:

1. On March 22, 2024 the Court entered its Order granting Motions to Dismiss by Defendants LWV, NAACP, LULAC, and Unidos, dismissing Plaintiffs' claims against those Defendants without leave to amend. See generally Doc. No. 95. On April 12, 2024, the Court entered stipulated Orders dismissing the case as against Defendants Riverside County Democratic Party and Women's March Action. See Doc. Nos. 113, 114.

2. Following the dismissal of the action against the Nonprofit Defendants, those parties informed Plaintiffs of their intent to seek recovery of attorney's fees pursuant to 42 U.S.C. § 1988. No final judgment had yet been entered, however, because the case against the Cities of Anaheim and Riverside (whose Motions to Dismiss were denied) and Raincross Hospitality Management (who filed an Answer) continued and was later set for trial. Therefore, such attorney's-fees motions were premature, pending the entry of a final judgment or order resolving the case.

3. On October 30, 2024, the Court entered an Order under Federal Rule of Civil Procedure 41(a)(2) on stipulation of the remaining parties dismissing the case with prejudice as to the remaining Defendants (the Cities and Raincross). See Doc. No. 127.

4. With the entry of that final Order, the Nonprofit Defendants now intend to move forward with their respective Motions for Attorney's Fees. Any such motion must be "served and filed within fourteen (14) days after the entry of judgment or other final order, unless otherwise ordered by the Court." L.R. 54-7. Here, that date is November 13, 2024, <u>unless otherwise ordered by the Court</u>. Such motion is expressly subject to the requirement for a prefiling conference of counsel under Local Rule 7-3. <u>Id.</u>

5. On October 31, 2024 counsel for each of the Nonprofit Defendants contacted Plaintiffs' counsel to initiate such a prefiling conference of counsel in the hope of resolving the issue of attorney's fees and avoiding the need for a motion. In order to have a meaningful meet and confer on that issue, however, Plaintiffs' counsel needs to be able to discuss with the Plaintiffs the various Nonprofit Defendants' positions. This requires Defendants to provide Plaintiffs' counsel with the factual basis (rates, tasks, time, etc.) of their proposed claim for attorneys' fees before any meet and confer so that Plaintiffs' counsel can share that information with the Plaintiffs. Plaintiffs are sitting members of the U.S. House of Representatives, and are campaigning for re-election in their respective Districts in the November 5, 2024 general election. Plaintiffs' counsel therefore requested the meet and confer occur the week of November 11th.

6. Pursuant to Local Rule 7-3, the conference of counsel on any motion for attorney's fees filed by November 13th would need to be completed by November 6th. Because this deadline is before Plaintiffs would have a reasonable opportunity after the election to consider the prospective attorney's-fees motions with their counsel, no meaningful (in terms of potentially obviating the need for such a motion) L.R. 7-3 conference is feasible unless the Court extends the deadline to file such a motion.

7. The undersigned parties therefore agree that an Order from the Court extending the deadline for the Nonprofit Defendants to file an attorney's-fees

motion is necessary and appropriate. They therefore stipulate to, and jointly request the Court Order, a seven-day extension of the deadline under L.R. 54-7 for the filing of motions for attorney's fees in this case, to and including November 20, 2024, so that the parties may conduct a timely and meaningful L.R. 7-3 conference of counsel and attempt to avoid the need for such motions.

SO STIPULATED AND REQUESTED.

Dated: November 1, 2024        CONSTITUTIONAL COUNSEL GROUP

By: /s/ Anthony T. Caso
Anthony T. Caso
Attorneys for Plaintiffs

Dated: November 4, 2024        COLE HUBER LLP

By: /s/ Daniel S. Roberts*
Daniel S. Roberts
Attorneys for Defendant
League of Women Voters Riverside

Dated: November 1, 2024        LATHAM & WATKINS LLP

By: /s/ Laura R. Washington
Laura R. Washington
Attorneys for Defendant National Association for the Advancement of Colored People

Dated: November 4, 2024        ANDRADE GONZALEZ LLP

By: /s/ Sean Andrade
Sean Andrade
Henry Gonzalez
Attorneys for Defendant
California LULAC State Organization

[SIGNATURES CONTINUE ON NEXT PAGE]

| | | |
|---|---|---|
| Dated: November 1, 2024 | | STREAM KIM HICKS WRANGE & ALFARO, P.C. |
| | By: | /s/ Elizabeth V. Duran |
| | | Eugene Kim |
| | | Elizabeth V. Duran |
| | | Attorneys for Defendant |
| | | Unidos for La Causa, Inc. |
| Dated: November 1, 2024 | | BROWER LAW GROUP, APC |
| | By: | /s/ Lee K. Fink |
| | | Lee K. Fink |
| | | Attorneys for Defendants |
| | | Riverside County Democratic Party and Women's March Action |

\* Pursuant to Local Rule 5-4.3.4(a)(2)(i), the filer of this Stipulation attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.