DEREK P. COLE, Bar No. 204250
dcole@colehuber.com
DANIEL S. ROBERTS, Bar No. 205535
droberts@colehuber.com
COLE HUBER LLP
2855 E. Guasti Road, Suite 402
Ontario, California 91761
Telephone:  (909) 230-4209
Facsimile:   (909) 937-2034

Attorneys for Defendant
League of Women Voters Riverside

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| REPRESENTATIVE MATT GAETZ, ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF RIVERSIDE, ET AL., <br><br> Defendants. | Case No. 5:23-CV-1368 HDV (SHKx) <br><br> **[Proposed]** <br> **ORDER EXTENDING TIME FOR PREVAILING DEFENDANTS TO FILE MOTIONS FOR ATTORNEY'S FEES** <br><br> The Hon. Hernán D. Vera |

4879-2380-4661.1

By stipulation of the parties (Doc. No. 128) and good cause having been shown, the deadline under L.R. 54-7 for the filing of motions for attorney's fees in this case is hereby extended to and including November 20, 2024.

IT IS SO ORDERED.

Dated: November ___, 2024

_____
Hon. Hernán D. Vera
UNITED STATES DISTRICT JUDGE