```
 1  DEREK P. COLE, Bar No. 204250
    dcole@colehuber.com
 2  DANIEL S. ROBERTS, Bar No. 205535
    droberts@colehuber.com
 3  COLE HUBER LLP
    2855 E. Guasti Road, Suite 402
 4  Ontario, California 91761
    Telephone:  (909) 230-4209
 5  Facsimile:   (909) 937-2034                    LINK 128

 6  Attorneys for Defendant
    League of Women Voters Riverside
 7
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| REPRESENTATIVE MATT GAETZ, ET AL.,<br><br>  Plaintiffs,<br><br>  v.<br><br>CITY OF RIVERSIDE, ET AL.,<br><br>  Defendants. | Case No. 5:23-CV-1368 HDV (SHKx)<br><br>[Proposed]<br>**ORDER EXTENDING TIME FOR PREVAILING DEFENDANTS TO FILE MOTIONS FOR ATTORNEY'S FEES**<br><br>The Hon. Hernán D. Vera |

4879-2380-4661.1

By stipulation of the parties (Doc. No. 128) and good cause having been shown, the deadline under L.R. 54-7 for the filing of motions for attorney's fees in this case is hereby extended to and including November 20, 2024.

IT IS SO ORDERED.

Dated: November 12, 2024

_____
Hon. Hernán D. Vera
UNITED STATES DISTRICT JUDGE