1  DEREK P. COLE, Bar No. 204250
   dcole@colehuber.com
2  DANIEL S. ROBERTS, Bar No. 205535
   droberts@colehuber.com
3  COLE HUBER LLP
   2855 E. Guasti Road, Suite 402
4  Ontario, California 91761
   Telephone:  (909) 230-4209
5  Facsimile:  (909) 937-2034

6  Attorneys for Defendant
   League of Women Voters Riverside
7

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10                    EASTERN DIVISION

11

12 | REPRESENTATIVE MATT GAETZ, | Case No. 5:23-CV-1368 HDV (SHKx)
   | ET AL., | Hon. Hernán D. Vera
13 |  |
   | Plaintiffs, | **DECLARATION OF DANIEL S.**
14 |  | **ROBERTS IN SUPPORT OF**
   | v. | **LEAGUE OF WOMEN VOTERS'S**
15 |  | **MOTION FOR ATTORNEY'S**
   | CITY OF RIVERSIDE, ET AL., | **FEES; EXHIBITS**
16 |  |
   | Defendants. | [Filed concurrently herewith:
17 |  | (1)      Notice of Motion and Motion
   |  | for Attorney's Fees;
18 |  | (2)      Decl. of Tyler J. Sherman; and
   |  | (3)      Proposed Order]
19 |  |
   |  | Date:    February 6, 2025
20 |  | Time:    10:00 a.m.
   |  | Crtrm.   5B
21

22

23

24

25

26

27

28

4867-1103-3080.1

## DECLARATION OF DANIEL S. ROBERTS

I, Daniel S. Roberts, declare as follows:

1.    I am an attorney duly admitted to practice before this Court.  I am a partner with Cole Huber LLP, attorneys of record for Defendant League of Women Voters Riverside in the above-captioned matter.  I have personal knowledge of the facts set forth herein and if called as a witness, I could and would competently testify to them.  I make this Declaration in support of the League of Women Voters's Motion for Attorney's Fees.

2.    In July 2023, I was contacted by representatives of Defendant League of Women Voters Riverside to represent the organization in defense of the above-captioned action.  My firm agreed to take on the representation on a pro bono basis.

3.    Plaintiffs in this matter requested the League of Women Voters waive formal service of process, pursuant to Federal Rule of Civil Procedure 4(d).  After the League agreed to do so, I informed Plaintiffs' counsel of our representation in this matter and asked that all future communications to the League in this case be directed to my attention.

4.    After analyzing and evaluating the original Complaint, I met and conferred with Plaintiffs' counsel under Local Rule 7-3 regarding a Motion to Dismiss that pleading for failure to state a claim upon which relief could be granted. As a result of those discussions, Plaintiffs agreed to amend their Complaint.

5.    After Plaintiffs filed their First Amended Complaint, I evaluated that pleading carefully to determine whether Plaintiffs had adequately cured the deficiencies in their original Complaint.  When I determined that the First Amended Complaint still failed to state a claim against the League of Women Voters, I again met and conferred further with Plaintiffs' counsel about a Motion to Dismiss.  Those discussions were unsuccessful in avoiding the need for a Motion, so I prepared and filed a Motion to Dismiss the First Amended Complaint as against the League.

6.     Following the Court's entry on October 30, 2024 of the Order dismissing Plaintiffs' claims against the remaining Defendants (the Cities of Anaheim and Riverside as well as Defendant Raincross), I (as well as counsel for others of the prevailing nonprofit defendants) contacted Plaintiffs' counsel on October 31st to meet and confer about a Motion for Attorney's Fees.  My discussions with Plaintiffs' counsel on the topic of attorney's fees were unsuccessful in avoiding the need for a formal Motion for fees.

7.     Throughout our representation of the League of Women Voters in this case, my firm has kept contemporary billing records of all time spent on this matter, in the same manner it does for its regular-paying clients.  Hours were contemporaneously recorded in 1/10th hour increments, with specific descriptions of the work done.  I have reviewed those time records and where appropriate adjusted the time billed in an exercise of professional billing judgment.  Copies of those bills (redacted to protect attorney-client communications) are attached hereto collectively as Exhibit "A."  Our firm switched billing software at the beginning of January 2024.  Therefore, the bills on this matter from August 2023 (for time worked in July) through December 2023 (for time worked in November) appear slightly different than the bill for time worked in December through October (which is all shown on a single invoice, based on how the new billing software works).  The method of time recording, and my review of the bills and exercise of professional billing judgment, was the same across the entire period of this case, however.

8.     For purposes of the Motion for Attorney's Fees, I have reviewed the time records carefully and have broken down all of the billing entries into the major tasks this litigation required and for which the League submits should be counted in calculating the loadstar for a reasonable attorney's fee under Section 1988.  Those categories are as follows:

(A)    Throughout this case I met and corresponded with the client representatives for the League of Women Voters at various times to

COLE HUBER LLP
2855 E. GUASTI ROAD, SUITE 402
ONTARIO, CALIFORNIA 91761

gather information necessary for the successful defense and to keep the client informed of the case's progress.

(B)    I spent substantial time evaluating Plaintiffs' original Complaint, researching the viability of their claims against the League, and preparing a motion to dismiss that pleading (including a small amount of time discussing the case with counsel for other nonprofit defendants to coordinate procedurally on such motions).  Such research and analysis was extensive in light of the uncommon nature of Plaintiffs' claims, especially as against the League of Women voters.

(C)    I also spent time communicating with Plaintiffs' counsel, by telephone and in writing, both to meet and confer substantively on the merits of both the original and First Amended Complaints, and procedurally on matters such as extensions of time to respond to Plaintiffs' pleadings in order to permit time for such meet-and-confer discussions.

(D)    After those meet-and-confer discussions were successful at least in avoiding the need to file the Motion to Dismiss the original Complaint and Plaintiffs filed a First Amended Complaint, additional time was required to evaluate carefully the changes made in the amended pleading, research and analyze whether those changes cured the defects in the original Complaint, and to prepare a Motion to Dismiss the First Amended Complaint.  I was able to reuse a substantial amount of the work done on the Motion to Dismiss the original Complaint in the Motion to Dismiss the First Amended Complaint; thus, the hours billed for that Motion were comparably far fewer than would have been the case had I not already done that work on the original motion.

(E)    Plaintiffs opposed the League's Motion to Dismiss the First Amended Complaint; thus substantial time was required to analyze their arguments in opposition and to prepare a Reply.  Because I was at that

COLE HUBER LLP
2855 E. GUASTI ROAD, SUITE 402
ONTARIO, CALIFORNIA 91761

time busy in final trial preparation on another civil-rights case, my colleague, Tyler Sherman, prepared the Reply.

(F)    The Court heard in-person oral argument on the Motion to Dismiss, along with the similar motions by the other Defendants, (both the nonprofits and the cities).  Substantial time was necessary to prepare for that hearing to be ready to respond to any oral arguments from Plaintiffs' counsel or questions from the Court.  Because Plaintiffs' consolidated their arguments against all of the various Defendants' Motions to Dismiss as to the Section 1985(3) claims, it was necessary to review not only the League's papers and Plaintiffs' Opposition, but the papers of the other Defendants as well, requiring more preparation the day before and morning of the hearing time that would ordinarily be required on a regular motion between only two parties.  Further, because of the complexity of issues and number of parties involved, the hearing on the Motions to Dismiss was extensive (as the Court may recall), beginning at the end of the Court's 10:00 a.m. motion calendar, then continuing after lunch until well into the afternoon.

(G)    The Motion for Attorney's Fees also required significant time to prepare, as reflected on the billing entries.  Mr. Sherman again assisted greatly on that task, analyzing carefully the standard for an award of Section 1988 fees to a prevailing defendant and applying it to the extraordinary facts of this case.

(H)    Finally, a small amount of time was billed on this case for various miscellaneous tasks, such as reviewing the Court's orders and procedural requirements, addressing the request for waiver of service of the Summons and Complaint and Plaintiffs' request for additional time to serve unserved defendants, and other small matters that do not neatly fall within the categories noted above.

COLE HUBER LLP
2855 E. GUASTI ROAD, SUITE 402
ONTARIO, CALIFORNIA 91761

9.     Breaking down the time spent on this case into the categories, or phases, of the case described in the paragraph above results in the following table of time by task:

| Task/Category | No. hours billed |
|---|---|
| A.  Client meetings and communications | 12.1 hrs. total over life of matter |
| B.  Eval of Compl. & prep. MTD same | 36.0 hrs. |
| C.  Communications with Plaintiffs' counsel | 2.8 hrs. total over life of matter |
| D.  Eval. 1st Am. Compl. and prep. MTD | 14.0 hrs. |
| E.  Review Plaintiffs' Opp'n and prep. Reply | 29.4 hrs. |
| F.  Prep. for and attend hearing on motion | 15.9 hrs. |
| G.  Research and prep. fees motion | 29.8 hrs. |
| H.  Miscellaneous | 3.2 hrs. total over life of matter |
| TOTAL | 143.2 hrs. |

10.     Beyond the tasks discussed above, a small amount of additional time was billed on this case (and can be seen on the billing records) for various internal communications between myself and my colleagues in the firm.  In addition, a substantial amount of time was spent researching and preparing a Motion for Separate Entry of Judgment in light of Plaintiffs' decision not to stipulate to such relief so that a fees motion could be field by the prevailing nonprofit defendants.  I have determined however, as a matter of professional billing judgment, not to charge those tasks in this case.  With regard to the internal communications, many private clients object to paying for such time, so I have not charged it in this case. With regard to the Motion for Separate Entry of Judgment, once Plaintiffs dismissed their case against the government defendants, that motion became unnecessary and therefore was never filed, so I have also decided not to charge that time.  While the time for those tasks is shown on the bills, it is shown on the time records under the new software (for time in December 2023 through October 2024) with a $0 rate and

those hours are not included in the time the League submits for calculation of the loadstar. On the time records kept with the old software, all time is shown with a $0 rate because the matter was set up pro bono, but the hours from those bills I have determined should not be charged are not included in the totals above.

11. Attached hereto as Exhibit "B" are true and correct copies of relevant pages from the "2023 Real Rate Report" which my firm purchased from the publisher, Wolters Kluwer.

12. I have been lead counsel for the League of Women Voters in this case. My colleague, Tyler J. Sherman, has provided substantial assistance, in particular on preparation of the Reply in support of the Motion to Dismiss Plaintiff's First Amended Complaint and preparation of this Motion for Attorney's Fees. I handled the rest of the tasks in this case for which time was billed. Mr. Sherman also spent substantial time preparing the Motion for Separate Entry of Judgment, but as noted above, that time is not charged.

13. I am a partner at Cole Huber LLP and the managing partner of the firm's Southern California office. I have been in private practice since 2000, when I completed my term as a judicial law clerk to the Hon. Virginia A. Phillips. I focus my practice on matters pending in federal court, largely federal civil rights, and have been selected to the Southern California Super Lawyers list in the field of civil rights each year beginning in 2019.

14. I am a 1999 graduate of the University of Southern California Law School and was admitted to the California Bar and the Bars of this Court and the Ninth Circuit in December 1999. I was admitted to each of the three of the other District Courts in California in late 2000 and early 2001, and was admitted to U.S. Supreme Court Bar in 2005. I am a member of the Board of Directors of the Inland Empire Chapter of the Federal Bar Association and a past president of that Chapter. I am also a mediator on this Court's ADR panel and a member of the Court's Local

COLE HUBER LLP
2855 E. GUASTI ROAD, SUITE 402
ONTARIO, CALIFORNIA 91761

Rules Advisory Committee.  I previously served as a Lawyer Representative to the Ninth Circuit Judicial Conference and on the Central District Merit Selection Panel.

15.    Those hours detailed in paragraph 9 above break down by timekeeper as follows:

| Timekeeper | Total hours | Rate | Total fee |
|---|---|---|---|
| Daniel S. Roberts | 96.2 | $840 | $80,808 |
| Tyler J. Sherman | 47.0 | $680 | $31,960 |
| Total | 143.2 | | $112,768 |

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.  Executed this 20th day of November, 2024 at Orange, California.

/s/ Daniel S. Roberts
Daniel S. Roberts

COLE HUBER LLP
2855 E. GUASTI ROAD, SUITE 402
ONTARIO, CALIFORNIA 91761

4867-1103-3080.1

7

Exhibit A



**2281 Lava Ridge Court, Suite 300**
**Roseville, California 95661**
**TEL: (916) 780-9009   *   FAX: (916) 780-9050**
**Tax I.D. No. 20-8080486**

August 4, 2023

League of Women Voters of Riverside



Riverside, CA 92516

| In Reference To: | League of Women Voters of Riverside / Matt Gaetz, et al. v. City of Riverside, et al. |
|---|---|
| | Our File No.: 10729.001 |

Invoice No:        43355

### PROFESSIONAL SERVICES

| Date | Staff | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 07/24/23 | DSR | Review email correspondence from League of Women Voters requesting pro bono representation in defense of Matt Gaetz lawsuit; Email correspondence w/ Atty Cole re same and re form of engagement letter to use for same; Prepare conditional response to League re same, pending conflict check; Review complaint and prepare conflict check; Prepare proposed engagement letter and email correspondence to League re same | $0.00 | 1.70 | 0.00 |
| 07/25/23 | DSR | Prepare engagement letter and initial email correspondence to League president ▓▓ ▓▓▓ re ▓▓▓▓ (.7) Review email response from ▓▓▓▓ (.1) | $0.00 | 0.80 | 0.00 |
| 07/26/23 | DSR | Email correspondence w/ ▓▓▓ re ▓▓ ▓▓▓▓▓▓ | $0.00 | 0.20 | 0.00 |
| 07/30/23 | DSR | Research re procedure for waiver of service and cost penalty for failure to waive (.3); Prepare email correspondence to Ms.▓▓ re ▓▓ (.3); Prepare litigation-hold letter (.5) | $0.00 | 1.10 | 0.00 |
| 07/31/23 | DSR | Review and revise litigation hold letter and email correspondence re waiver of service (.2); Reply email correspondence to Ms. ▓▓ re ▓▓ ▓▓ (.1) | $0.00 | 0.30 | 0.00 |

**Privileged and Confidential - Do not store with publicly accessible documents**                Page 2

| | | |
|---|---:|---:|
| **FOR PROFESSIONAL SERVICES RENDERED:** | **4.10** | **$0.00** |

| | |
|---|---:|
| **TOTAL NEW CHARGES THIS INVOICE:** | **$0.00** |
| **Previous Balance:** | $0.00 |
| **TOTAL NOW DUE** | **$0.00** |

### Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---:|---:|---:|
| Daniel S. Roberts | 4.10 | $0.00 | $0.00 |



2281 Lava Ridge Court, Suite 300
Roseville, California 95661
TEL: (916) 780-9009  *  FAX: (916) 780-9050
Tax I.D. No. 20-8080486

September 18, 2023

League of Women Voters of Riverside

████████, President

████████

Riverside, CA 92516

In Reference To:    League of Women Voters of Riverside / Matt Gaetz, et al. v. City of Riverside, et al.
Our File No.: 10729.001

Invoice No:        43903

## PROFESSIONAL SERVICES

| Date | Staff | Description | Rate | Hours | Amount |
|------|-------|-------------|------|-------|--------|
| 08/02/23 | DSR | Email correspondence w/ Ms. ████ re ████████ | $0.00 | 0.10 | 0.00 |
| 08/10/23 | DSR | Review notice of change of address for plaintiffs' counsel (.1); Review Court standing order (.4); Prepare letter to plaintiffs' counsel re representation and request for further communications to be directed to this office (.5) | $0.00 | 1.00 | 0.00 |
| 08/11/23 | DSR | Research re possible motion to dismiss | $0.00 | 4.00 | 0.00 |
| 08/15/23 | DSR | Research re motion to dismiss (5.0); Research re possible effects on case progress arising from indictment of plaintiffs' counsel (.9) | $0.00 | 5.90 | 0.00 |
| 08/16/23 | DSR | Continue research for motion to dismiss (4th cause of action) | $0.00 | 1.20 | 0.00 |
| 08/17/23 | DSR | Prepare for and attend client meeting with Ms. ████ and Ms. ████ | $0.00 | 2.30 | 0.00 |
| 08/31/23 | DSR | Continue research and preparation of motion to dismiss | $0.00 | 4.70 | 0.00 |

FOR PROFESSIONAL SERVICES RENDERED:          19.20          $0.00

| | | |
|---|---|---|
| TOTAL NEW CHARGES THIS INVOICE: | | $0.00 |
| Previous Balance: | | $0.00 |
| TOTAL NOW DUE | | $0.00 |

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Daniel S. Roberts | 19.20 | $0.00 | $0.00 |



**2281 Lava Ridge Court, Suite 300**
**Roseville, California 95661**
**TEL: (916) 780-9009 * FAX: (916) 780-9050**
**Tax I.D. No. 20-8080486**

October 31, 2023

League of Women Voters of Riverside

███████████, President

███████████

Riverside, CA 92516

In Reference To:      League of Women Voters of Riverside / Matt Gaetz, et al. v. City of Riverside, et al.
                      Our File No.: 10729.001

Invoice No:          44819

PROFESSIONAL SERVICES

| Date | Staff | Description | Rate | Hours | Amount |
|------|-------|-------------|------|-------|--------|
| 09/01/23 | DSR | Continue research and preparation of motion to dismiss | $0.00 | 6.00 | 0.00 |
| 09/05/23 | DSR | Continue research and preparation of motion to dismiss | $0.00 | 3.30 | 0.00 |
| 09/07/23 | DSR | Review and revise meet-and-confer letter to plaintiffs' counsel re motion to dismiss and email same | $0.00 | 0.20 | 0.00 |
| | DSR | Continue research and preparation of motion to dismiss | $0.00 | 0.30 | 0.00 |
| 09/08/23 | DSR | Exchange voicemail messages with plaintiff's counsel re setting time to meet and confer on motion to dismiss | $0.00 | 0.10 | 0.00 |
| 09/11/23 | DSR | Continue research and preparation of motion to dismiss | $0.00 | 3.30 | 0.00 |
| 09/12/23 | DSR | Continue research and preparation of motion to dismiss | $0.00 | 4.20 | 0.00 |
| 09/18/23 | DSR | Email correspondence back and forth with plaintiffs' counsel re setting time for meet and confer on motion to dismiss | $0.00 | 0.10 | 0.00 |
| 09/19/23 | DSR | Review and revise draft motion to dismiss (.5); Prepare for and attend t/conf w/ plaintiff's | $0.00 | 2.90 | 0.00 |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  |  | counsel to meet and confer on motion to dismiss (.9); Prepare email status update to client re ▇▇▇ (.6); Prepare stipulation for further extension of time to respond to complaint to permit plaintiffs additional time to prepare and file first amended complaint (.9) |  |  |  |
| 09/20/23 | DSR | Finalize stipulation for further extension of time to respond to complaint for filing with court, after receiving plaintiffs' counsel's approval of same | $0.00 | 0.10 | 0.00 |
| 09/27/23 | DSR | Prepare for and attend t/conf w/ counsel for co-defendant NAACP re each party's meet and confer efforts with plaintiffs' counsel and discussion of plaintiffs' claims | $0.00 | 0.60 | 0.00 |

**FOR PROFESSIONAL SERVICES RENDERED:**  **21.10**  **$0.00**

---

**TOTAL NEW CHARGES THIS INVOICE:**  **$0.00**

**Previous Balance:**  $0.00

**TOTAL NOW DUE**  **$0.00**

### Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Daniel S. Roberts | 21.10 | $0.00 | $0.00 |



**COLE | HUBER LLP**
**ATTORNEYS**

**2281 Lava Ridge Court, Suite 300**
**Roseville, California 95661**
**TEL: (916) 780-9009   *   FAX: (916) 780-9050**
**Tax I.D. No. 20-8080486**

November 30, 2023

League of Women Voters of Riverside
██████████, President
██████████
Riverside, CA 92516

In Reference To:     League of Women Voters of Riverside / Matt Gaetz, et al. v. City of Riverside, et al.
                     Our File No.: 10729.001

Invoice No:          44820
                  PROFESSIONAL SERVICES

| Date | Staff | Description | Rate | Hours | Amount |
|------|-------|-------------|------|-------|--------|
| 10/03/23 | DSR | Review and analyze plaintiffs' first amended complaint, compare with original complaint, and research re motion to dismiss same (4.4); Email status update to client re same (.2) | $0.00 | 4.60 | 0.00 |
| 10/05/23 | DSR | Prepare status update to clients (.3); Email correspondence back and forth with counsel for co-defendant NAACP re t/conf to discuss FAC (.2); Email correspondence with Attorney Cole re handling hearing on motion to dismiss (.2) | $0.00 | 0.70 | 0.00 |
| 10/06/23 | DSR | Prepare for and attend t/conf w/ counsel for co-defendant NAACP re plaintiffs' First Amended Complaint and response to same | $0.00 | 0.70 | 0.00 |
| 10/09/23 | DSR | Prepare meet-and-confer email to plaintiffs' counsel re potential motion to dismiss first amended complaint (.4); Follow-up email correspondence w/ plaintiffs' counsel re scheduling time to discuss same by telephone (.1) | $0.00 | 0.50 | 0.00 |
| 10/12/23 | DSR | Prepare for and attend t/conf w/ plaintiffs' counsel to meet and confer on motion to dismiss first amended complaint | $0.00 | 0.50 | 0.00 |
| 10/18/23 | DSR | Revise motion to dismiss to address additions made in first amended complaint | $0.00 | 3.90 | 0.00 |

**Privileged and Confidential - Do not store with publicly accessible documents**          Page 2

| Date | | Description | | | |
|---|---|---|---|---|---|
| 10/19/23 | DSR | Prepare email response to insurnce broker re nature ot lawsuit (.3); Review, revise, and finalize motion to dismiss first amended complaint and certification of interested parties (3.7) | $0.00 | 4.00 | 0.00 |
| 10/20/23 | DSR | Review court discrepancy notice re missing proposed order on motion to dismiss (.1); Review Court order moving hearing date on motion to dismiss to January 3rd (.1); Prepare proposed order granting motion to dismiss and notice of lodging same (.7) | $0.00 | 0.90 | 0.00 |
| 10/30/23 | DSR | Email correspondence back and forth with counsel for co-defendant City of Anaheim re scheduling of hearing on motions to dismiss | $0.00 | 0.20 | 0.00 |

**FOR PROFESSIONAL SERVICES RENDERED:**      **16.00**      **$0.00**

---

**TOTAL NEW CHARGES THIS INVOICE:**      **$0.00**

**Previous Balance:**      $0.00

**TOTAL NOW DUE**      **$0.00**

### Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Daniel S. Roberts | 16.00 | $0.00 | $0.00 |



**2281 Lava Ridge Court, Suite 300**
**Roseville, California 95661**
**TEL: (916) 780-9009  *  FAX: (916) 780-9050**
**Tax I.D. No. 20-8080486**

December 28, 2023

League of Women Voters of Riverside
██████████ President
Riverside, CA 92516

In Reference To:    League of Women Voters of Riverside / Matt Gaetz, et al. v. City of Riverside, et al.
                    Our File No.: 10729.001

Invoice No:        44821

## PROFESSIONAL SERVICES

| Date | Staff | Description | Rate | Hours | Amount |
|------|-------|-------------|------|-------|--------|
| 11/25/23 | DSR | Review email correspondence from plaintiffs' counsel re proposing continuance of hearing on motion to dismiss to coincide with motions of City of Riverside and City of Anaheim and prepare response to same | $0.00 | 0.20 | 0.00 |
| 11/28/23 | DSR | Review motions to dismiss by all co-defendants and prepare status update to client (2.3); Review motion by plaintiffs to consolidate hearing on motions to dismiss (.2) | $0.00 | 2.50 | 0.00 |
| 11/29/23 | DSR | Prepare detailed email response to Ms. ██████ in response to several questions re pending motion to dismiss | $0.00 | 1.10 | 0.00 |

**FOR PROFESSIONAL SERVICES RENDERED:**          **3.80**     **$0.00**

**TOTAL NEW CHARGES THIS INVOICE:**          **$0.00**

**Previous Balance:**          $0.00

**TOTAL NOW DUE**          **$0.00**

### Timekeeper Summary

| Name | Hours | Rate | Amount |
|------|-------|------|--------|

**Privileged and Confidential - Do not store with publicly accessible documents**          Page 2

Daniel S. Roberts                                              3.80            $0.00           $0.00



# PRE-BILL #200463419

2281 Lava Ridge Court, Suite 300
Roseville, CA 95661
https://colehuber.com
TAX ID: 20-8080486

| | |
|---|---|
| INVOICE DATE | 11/05/2024 |
| TERM DAYS | Net 30 |
| DUE DATE | 12/05/2024 |

TO  **League of Women Voters of Riverside**
████████████, President
Riverside, CA 92516

FROM  **Stephanie Smith**
ssmith@colehuber.com

---

**(10729.001) League of Women Voters of Riverside / Matt Gaetz, et al. v. City of Riverside, et al.**
**Our File No.: 10729.001**

### HOURLY FEES

| DATE | MBR | LEDES | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 12/08/2023 | DSR | BW, Time | Prepare email status update to client re ████████ ████████████████████ | 0.20 | $840 | $168.00 |
| 12/11/2023 | DSR | BW, Time | Review plaintiffs' application for extension of time to serve remaining defendants and declaration of plaintiffs' counsel in support of same (.4); Review court order granting same (.1) | 0.50 | $840 | $420.00 |
| 12/12/2023 | DSR | NCCA, Time | Email correspondence w/ Attorney Cole re status of hearing on motion to dismiss and reply due date and re possible assistance with same in light of trial schedule in another matter | 0.30 | $0 | $0.00 |
| 01/02/2024 | DSR | BW, Time | Review stiipulation between Plaintiffs and co-Defendant Unidio for La Causa to re-schedule hearing on motion to dismiss | 0.10 | $840 | $84.00 |
| 01/12/2024 | DSR | BW, Time | Initial review of plaintiffs' opposition to motions to dismiss and email correspondence w/ Attys Cole and Sherman re same | 0.30 | $840 | $252.00 |
| 01/12/2024 | TJS | BW, Time | Research and annotate cases cited in Plaintiffs' opposition; research and annotate strategic cases supporting arguments and cases in the motion to dismiss | 2.10 | $680 | $1,428.00 |
| 01/12/2024 | TJS | BW, Time | Read and review motions and oppositions; filings and pleadings in client file; review and annotate Plaintiffs' amended complaint in order to draft reply to opposition to motion to dismiss | 1.60 | $680 | $1,088.00 |
| 01/12/2024 | TJS | BW, Time | Begin drafting reply to Plaintiffs' opposition to motion to dismiss | 3.00 | $680 | $2,040.00 |
| 01/14/2024 | DSR | BW, Time | Review plaintiffs' notice of errata on opposition to motions to dismiss | 0.10 | $840 | $84.00 |

---

PRE-BILL #200463419

| Date | Atty | Type | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 01/14/2024 | TJS | BW, Time | Research cases re elements of conspiracy and pleading requirement of specificity for same; locate binding and persuasive cases from Ninth Circuit and Central District | 2.10 | $680 | $1,428.00 |
| 01/14/2024 | TJS | BW, Time | Continue drafting reply to Plaintiffs' opposition to motion to dismiss first amended complaint | 4.00 | $680 | $2,720.00 |
| 01/15/2024 | TJS | BW, Time | Continue research re standing under section 1985 and third-party standing, requirements of racial animus and close relationship; review cases cited by Plaintiffs | 3.30 | $680 | $2,244.00 |
| 01/15/2024 | TJS | BW, Time | Continue drafting reply to Plaintiffs' opposition to motion to dismiss; complete draft of same | 3.40 | $680 | $2,312.00 |
| 01/16/2024 | TJS | BW, Time | Proof and cite check completed draft of reply to opposition to motion to dismiss; input corrections and updates to citations | 3.30 | $680 | $2,244.00 |
| 01/16/2024 | TJS | BW, Time | Complete updated draft of reply to opposition; update cited cases with Supreme Court and Ninth Circuit citations | 3.20 | $680 | $2,176.00 |
| 01/17/2024 | TJS | BW, Time | Final edits to reply to opposition; confirm citations; research district court cases citing elements of support and advocacy clause of section 1985 | 3.00 | $680 | $2,040.00 |
| 01/23/2024 | DSR | BW, Time | Begin preparation for hearing on motion to dismiss | 1.00 | $840 | $840.00 |
| 01/25/2024 | DSR | BW, Time | Continue review of opposition and reply papers in preparation for hearing on motion to dismiss | 1.60 | $840 | $1,344.00 |
| 01/27/2024 | DSR | BW, Time | Review co-defendant LULAC's application for leave to file oversized reply brief | 0.10 | $840 | $84.00 |
| 01/29/2024 | DSR | BW, Time | Prepare status update to client re upcoming hearing on motion to dismiss | 0.60 | $840 | $504.00 |
| 01/31/2024 | DSR | BW, Time | Review briefs and prepare for hearing on motion to dismiss | 3.40 | $840 | $2,856.00 |
| 02/01/2024 | DSR | BW, Time | Travel to/from, prepare for, and attend hearing on motion to dismiss in Los Angeles | 9.70 | $840 | $8,148.00 |
| 02/26/2024 | DSR | BW, Time | Email correspondence w/ Ms. █████ re █████ █████ | 0.30 | $840 | $252.00 |
| 03/22/2024 | DSR | BW, Time | Review court order on motion to dismiss | 0.50 | $840 | $420.00 |
| 03/23/2024 | DSR | BW, Time | Prepare status update to client re █████ █████ █████ | 0.70 | $840 | $588.00 |

PRE-BILL #200463419

| 03/26/2024 | DSR | BW, Time | Email correspondence w/ counsel for other non-profit defendants re potential to move for recovery of attorney's fees (.2); Research re recoverability of defense attorney's fees and timeline for seeking same (1.4); Prepare email correspondence to client analyzing ███████████████████████ ██ (.4) | 2.00 | $840 | $1,680.00 |
|---|---|---|---|---|---|---|
| 03/28/2024 | DSR | BW, Time | Email correspondence w/ counsel for all nonprofit co-defendants re possible procedural coordination on fees motion | 0.30 | $840 | $252.00 |
| 04/03/2024 | DSR | BW, Time | T/conf w/ Atty Sherman re preparation of motion for attorney's fees(.2 no charge); Research re applicable market rates for attorney's fees in Los Angeles market per the Real Rate Report (.4); Review email correspondence from plaintiffs' counsel Eastman re bar suspension but intention to continue representing plaintiffs in this case under D.C. license and research re same, including any affirmative duty on our end to report bar suspension of opposing counsel to District Court (1.4) | 1.80 | $840 | $1,512.00 |
| 04/08/2024 | DSR | NCCA, Time | Research re test and factors for separate entry of judgment under FRCP 54(b) (1.1); email correspondence w/ client re whether to proceed with separate entry of judgment (.5) | 1.60 | $0 | $0.00 |
| 04/09/2024 | DSR | BW, Time | T/conf w/ Atty Sherman re preparation for conference call with counsel for non-profit co-defendants re separate entry of judgment and motion for fees | 0.20 | $840 | $168.00 |
| 04/09/2024 | TJS | BW, Time | Meeting with counsel for other defendants re: attorneys fees motions; combined motions on same | 0.50 | $680 | $340.00 |
| 05/09/2024 | TJS | BW, Time | Meeting with co-counsel on motions for attorney's fees | 0.30 | $680 | $204.00 |
| 05/30/2024 | DSR | NCCA, Time | T/conf w/ Atty Sherman re status of discussion with other defendants re coordination of timing of motion for attorney's fees (.1); T/call to counsel for NAACP to discuss same (voicemail) (.1) | 0.20 | $0 | $0.00 |
| 06/03/2024 | DSR | NCCA, Time | Review email correspondence among counsel for non-profit defendants re possible motion for attorneys' fees (.3); T/conf w/ counsel for co-defendant NAACP re plan for separate entry of judgment and motion for attorney's fees (.2); T/conf w/ Atty Sherman re same (.1) | 0.60 | $0 | $0.00 |
| 06/03/2024 | TJS | BW, Time | Research and draft motion language on standard of review for prevailing defendants to receive attorney's fees in civil rights cases | 2.00 | $680 | $1,360.00 |
| 06/04/2024 | TJS | BW, Time | Research and draft statement of law for attorney's fees motion; research re fee standards and availability of fees for pro bono representation | 3.00 | $680 | $2,040.00 |

---

**Cole Huber LLP**

PRE-BILL #200463419

| 06/11/2024 | TJS | BW, Time | Begin drafting motion for attyorney's fees for atty Roberts | 1.10 | $680 | $748.00 |
|---|---|---|---|---|---|---|
| 06/13/2024 | DSR | BW, Time | Review billing records for time spent on case to date and begin preparation of declaration in support of motion for attorney's fees (.5); T/conf w/ Atty Sherman re status of preparation of motion for fees (.1); Research re case law on use of Real Rate Report ins support of establishing reasonable hourly rate in pro bono cases (.9) | 1.50 | $840 | $1,260.00 |
| 06/13/2024 | TJS | BW, Time | Complete draft of motion for attorney's fees for atty Roberts | 4.50 | $680 | $3,060.00 |
| 06/18/2024 | DSR | BW, Time | Email correspondence w/ counsel for co-defendant NAACP re timing of motion for atty fees | 0.10 | $840 | $84.00 |
| 06/20/2024 | DSR | BW, Time | Continue work on declaration iso motion for attorney's fees | 1.50 | $840 | $1,260.00 |
| 07/08/2024 | DSR | NCCA, Time | T/conf w/ Atty Sherman re status of entry of judgment and motion for attorney's fees | 0.20 | $0 | $0.00 |
| 07/19/2024 | TJS | BW, Time | Update atty's fees motion with research for atty Roberts re pro bono services | 3.30 | $680 | $2,244.00 |
| 08/01/2024 | TJS | BW, Time | Finish motion research for atty Roberts re calculation of atty fee rates; finish motion on same | 2.50 | $680 | $1,700.00 |
| 08/06/2024 | TJS | NCCA, Time | Research re motions for entry of judgment; applicable standards and rules; outline language reciting standard | 3.00 | $0 | $0.00 |
| 08/07/2024 | TJS | NCCA, Time | Continue research for motion on Rule 54 entry of judgment | 3.00 | $0 | $0.00 |
| 08/07/2024 | TJS | NCCA, Time | Continue drafting motion on rule 54 entry of judgment | 2.00 | $0 | $0.00 |
| 08/08/2024 | TJS | NCCA, Time | Finish motion for entry of judgment; proof same; cite check samel. | 5.00 | $0 | $0.00 |
| 08/08/2024 | TJS | NCCA, Time | Final research re entry of judgment; strategic research on recent Central District decisions | 2.50 | $0 | $0.00 |
| 08/09/2024 | DSR | NCCA, Time | Review draft motion for separate entry of judgment | 0.40 | $0 | $0.00 |
| 09/24/2024 | DSR | NCCA, Time | Research re motion for separate entry of judgement under Rule 54(b) and review and revise draft of same | 3.10 | $0 | $0.00 |
| 09/27/2024 | DSR | NCCA, Time | Continue and complete review and revision of draft motion for separate entry of judgment (.6); Strategy conf w/ Atty Sherman re same (.2) | 0.80 | $0 | $0.00 |
| 09/27/2024 | TJS | NCCA, Time | Input atty Roberts edits into motion; proof and cite check motion; edit citations; email to other defense counsel | 1.30 | $0 | $0.00 |

PRE-BILL #200463419

| Date | TK | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/29/2024 | DSR | BW, Time | Review stipulation for dismissal of remaining action against City defendants and analyze effect of same on timing of motion for attorney's fees (.2); Strategy conf w/ Atty Sherman re same (.2); Prepare email correspondence to counsel for City of Anaheim inquiring re terms of settlement with plaintiffs (.1) | 0.50 | $840 | $420.00 |
| 10/31/2024 | TJS | BW, Time | Phone call with co-counsel re coordination of motions for attorney's fees | 0.80 | $680 | $544.00 |
| 10/31/2024 | DSR | BW, Time | Prepare status update to client (.4); T/conf w/ counsel for City of Anaheim re terms of settlement with plaintiffs (.2); Review and revise motion for attorney's fees, including research on real rate report for support of hourly rates (1.3); T/conf w/ counsel for all nonprofit co-defendants re coordination of timing of motion for attorney's fees (.6); Prepare email correspondence to plaintiffs' counsel re meet and confer on motion for attorney's fees (.3); Various email correspondence w/ plaintiffs' counsel and counsel for all nonprofit co-defendants re scheduling meet and confer on motion for attorney's fees (.3); Research and prepare draft stipulation to extend time to file motion for attorney's fees to permit adequate time to meet and confer before same and circulate to plaintiffs' counsel and counsel for all nonprofit co-defendants (1.7); Review billing records to calculate amount of fees incurred, with breakdown by topic, for purposes of meet and confer with plaintiffs' counsel prior to motion for attorney's fees (.6) | 5.40 | $840 | $4,536.00 |

| **TOTAL FOR HOURLY FEES** | | **103.40** | | **$59,176.00** |
|---|---|---|---|---|

## TIME SUMMARY FOR INVOICE

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Daniel Roberts | 7.20 | $0.00 | $0.00 |
| Daniel Roberts | 32.40 | $840.00 | $27,216.00 |
| Tyler Sherman | 16.80 | $0.00 | $0.00 |
| Tyler Sherman | 47.00 | $680.00 | $31,960.00 |

## TOTAL INVOICE SUMMARY

| | |
|---|---|
| **TOTAL FEES** | $59,176.00 |
| **TOTAL EXPENSES** | $0.00 |
| **INVOICE AMOUNT** | $59,176.00 |

Exhibit B



*ELM Solutions*

# 2023 Real Rate Report®

The industry's leading analysis of law firm rates, trends, and practices





**Report Editor**

**Jeffrey Solomon**
Vice President, Segment Leader
LegalVIEW® BillAnalyzer
Wolters Kluwer ELM Solutions

**Lead Data Analysts**

**Carol Au**
Business Systems Quantitative Analyst
Wolters Kluwer ELM Solutions

**Anand Kumar Pathinettam Padian**
Software and Data Engineer
Wolters Kluwer ELM Solutions

**ELM Solutions Creative**

**David Andrews**
Senior Graphic Designer
Wolters Kluwer ELM Solutions

**Contributing Analysts and Authors**

**Jason Bender**
Legal Analytics Product Manager
Wolters Kluwer ELM Solutions

**Haemi Jung**
Strategic Business Intelligence Manager
Wolters Kluwer ELM Solutions

**Margie Sleboda**
Lead Technology Product Manager
Wolters Kluwer ELM Solutions

**Executive Sponsor**

**Barry Ader**
Vice President, Product Management and Marketing
Wolters Kluwer ELM Solutions

© 2004 – 2023 Wolters Kluwer ELM Solutions. All rights reserved. This material may not be reproduced, displayed, modified, or distributed in any form without the express prior written permission of the copyright holders. To request permission, please contact:

ELM Solutions, a Wolters Kluwer business
3009 Post Oak Blvd, Suite 1000
Houston, TX 77056 United States
ATTN: Marketing
ELMSolutionsSales@wolterskluwer.com

**LEGAL CAVEAT**

Wolters Kluwer ELM Solutions has worked to ensure the accuracy of the information in this report; however, Wolters Kluwer ELM Solutions cannot guarantee the accuracy of the information or analyses in all cases. Wolters Kluwer ELM Solutions is not engaged in rendering legal, accounting, or other professional services. This report should not be construed as professional advice on any particular set of facts or circumstances. Wolters Kluwer ELM Solutions is not responsible for any claims or losses that may arise from any errors or omissions in this report or from reliance upon any recommendation made in this report.

# Table of Contents - 2023 Real Rate Report

**A Letter to Our Readers • 4**

**Report Use Considerations • 5**

**Section I: High-Level Data Cuts • 8**

- Partners, Associates, and Paralegals
- Partners, Associates, and Paralegals by Practice Area and Matter Type
- Partners and Associates by City
- Partners and Associates by City and Matter Type
- Partners by City and Years of Experience
- Associates by City and Years of Experience
- Partners and Associates by Firm Size and Matter Type

**Section II: Industry Analysis • 62**

- Partners, Associates, and Paralegals by Industry Group
- Partners and Associates by Industry Group and Matter Type
- Basic Materials and Utilities
- Consumer Goods
- Consumer Services
- Financials (Excluding Insurance)
- Health Care
- Industrials
- Insurance
- Technology and Telecommunications

**Section III: Practice Area Analysis • 82**

- Bankruptcy and Collections
- Commercial
- Corporate: Mergers, Acquisitions, and Divestitures
- Corporate: Regulatory and Compliance
- Corporate: Other
- Employment and Labor
- Environmental
- Finance and Securities
- General Liability (Litigation Only)
- Insurance Defense (Litigation Only)
- Intellectual Property: Other
- Intellectual Property: Patents
- Intellectual Property: Trademarks
- Real Estate

**Section IV: In-Depth Analysis for Select US Cities • 164**

- Boston, MA
- Chicago, IL
- Los Angeles, CA
- New York, NY
- Philadelphia, PA
- San Francisco, CA
- Washington, DC

**Section V: International Analysis • 181**

**Section VI: Matter Staffing Analysis • 211**

# A Letter to Our Readers

**Welcome to the latest edition of Wolters Kluwer ELM Solutions Real Rate Report®, the industry's leading data-driven benchmark report for lawyer and paralegal rates.**

Our Real Rate Report has been a relied upon data analytics resource to the legal industry since its inception in 2010 and continues to evolve, providing you with the most comprehensive rate benchmarking insights, trends, and practices. The Real Rate Report is powered by the Wolters Kluwer ELM Solutions LegalVIEW® data warehouse, which has grown to include $160B+ in anonymized legal data.

The depth and granularity of the data within the Real Rate Report empowers users to benchmark and negotiate effectively and make well-informed investment and resourcing decisions for the organization.

As with previous Real Rate Reports, our data is sourced from corporations' and law firms' e-billing and time management solutions. We have included lawyer and paralegal rate data filtered by specific practice and sub-practice areas, metropolitan areas, and types of matters. This level of detail gives legal departments and law firms the precision they need to identify areas of opportunity. We strive to make the Real Rate Report a valuable and actionable reference tool for legal departments and law firms.

As always, we welcome your comments and suggestions on what information would make this publication more valuable to you. We thank our data contributors for participating in this program. And we thank you for making Wolters Kluwer ELM Solutions your trusted partner for legal industry domain expertise, data, and analytics and look forward to continuing to provide market-leading, expert solutions that deliver the best business outcomes for collaboration among legal departments and law firms.

Sincerely,

**Barry Ader**
Vice President, Product Management and Marketing
Wolters Kluwer ELM Solutions



# Section I:
# High-Level
# Data Cuts

All data and analysis based on
data collected thru Q2 2023

# Section I: High-Level Data Cuts

## Cities
By Matter Type

**2023 - Real Rates for Associate and Partner**                                    **Trend Analysis - Mean**

| City | Matter Type | Role | n | First Quartile | Median | Third Quartile | 2023 | 2022 | 2021 |
|------|-------------|------|---|----------------|--------|----------------|------|------|------|
| **Jackson MS** | Non-Litigation | Associate | 21 | $55 | $55 | $176 | $125 | $159 | $125 |
| **Jacksonville FL** | Litigation | Partner | 10 | $269 | $333 | $478 | $352 | $394 | $543 |
| **Kansas City MO** | Litigation | Partner | 59 | $415 | $466 | $596 | $511 | $473 | $450 |
| | | Associate | 48 | $277 | $350 | $385 | $331 | $316 | $316 |
| | Non-Litigation | Partner | 103 | $428 | $522 | $625 | $530 | $526 | $487 |
| | | Associate | 85 | $260 | $338 | $385 | $335 | $324 | $312 |
| **Las Vegas NV** | Litigation | Partner | 11 | $296 | $350 | $453 | $380 | $405 | $450 |
| | Non-Litigation | Partner | 16 | $420 | $502 | $601 | $502 | $450 | $422 |
| | | Associate | 16 | $250 | $282 | $348 | $300 | $305 | $297 |
| **Little Rock AR** | Non-Litigation | Partner | 12 | $215 | $250 | $315 | $284 | $260 | $256 |
| **Los Angeles CA** | Litigation | Partner | 302 | $525 | $840 | $1,159 | $867 | $815 | $739 |
| | | Associate | 353 | $431 | $680 | $880 | $674 | $650 | $606 |
| | Non-Litigation | Partner | 438 | $574 | $857 | $1,198 | $905 | $941 | $904 |
| | | Associate | 492 | $452 | $635 | $840 | $660 | $697 | $715 |