DEREK P. COLE, Bar No. 204250
dcole@colehuber.com
DANIEL S. ROBERTS, Bar No. 205535
droberts@colehuber.com
COLE HUBER LLP
2855 E. Guasti Road, Suite 402
Ontario, California 91761
Telephone:  (909) 230-4209
Facsimile:   (909) 937-2034

Attorneys for Defendant
League of Women Voters Riverside

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| REPRESENTATIVE MATT GAETZ, ET AL.,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF RIVERSIDE, ET AL.,<br><br>Defendants. | Case No. 5:23-CV-1368 HDV (SHKx)<br>Hon. Hernán D. Vera<br><br>**DECLARATION OF TYLER J. SHERMAN IN SUPPORT OF LEAGUE OF WOMEN VOTERS'S MOTION FOR ATTORNEY'S FEES**<br><br>[Filed concurrently herewith:<br>(1)   Notice of Motion and Motion for Attorney's Fees;<br>(2)   Decl. of Daniel S. Roberts, and<br>(3)   Proposed Order]<br><br>Date:  February 6, 2025<br>Time:  10:00 a.m.<br>Crtrm.  5B |

4875-5120-4600.2

## DECLARATION OF TYLER J. SHERMAN

I, Tyler J. Sherman, declare as follows:

1. I am an attorney duly admitted to practice before this Court. I am an associate with Cole Huber LLP, attorneys of record for Defendant League of Women Voters Riverside in the above-captioned matter. I have personal knowledge of the facts set forth herein and if called as a witness, I could and would competently testify to them. I make this declaration in support of the League of Women Voters's (LOWV) Motion for Attorney's Fees.

2. After the Court granted LOWV's and the other nonprofit defendants' Motions to Dismiss without leave to amend, I and the counsel for the other nonprofit defendants met and conferred with Plaintiffs' counsel regarding the possibility of stipulating to entry of a separate judgment in favor of the nonprofit defendants. I also inquired of Plaintiffs' Counsel about agreeing to attorney's fees. Plaintiffs' position at that time, however, was that because the case was still pending against the government defendants (as the Court had denied the Cities' Motions to Dismiss so the case continued against them), no final judgment had been rendered and they were not inclined to agree to separate entry of judgment for the nonprofit defendants. Plaintiffs also declined agreement to attorney's fees.

3. My work in this case has been predominantly on three tasks: preparation of the Reply to Plaintiffs' Opposition to the League of Women Voters' Motion to Dismiss, preparation of the Motion for Attorneys' Fees (including discussions with counsel for Plaintiffs and the other nonprofit defendants about such a motion), and preparation of a Motion for Separate Entry of Judgment. Throughout my work on this case, I kept contemporary records of the time I spent on it, consistent with our firm's regular billing practices.

4. I joined Cole Huber LLP in 2021 after completing my judicial clerkship with the Hon. Dennis M. Cota, United States Magistrate Judge for the Eastern District of California, from 2020-2021. I graduated from William & Mary Law

4875-5120-4600.2

School in 2018 and was admitted to practice in the Commonwealth of Virginia that year. From 2018 to 2019, I clerked for the three judges of the Circuit Court of Rockingham County in Harrisonburg, Virginia. I then served as nonpartisan Deputy Legislative Counsel for the Legislature of Nevada from 2019 to 2020. I was admitted to the California State Bar in May 2022 and am admitted to practice before this Court as well as the Eastern District of California. I have been consistently engaged in practice in California since that time.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 19th day of November, 2024 at Roseville, California.

                                        /s/ Tyler J. Sherman
                                        Tyler J. Sherman