UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| REPRESENTATIVE MATT GAETZ, ET AL., | Case No. 5:23-CV-1368 HDV (SHKx) |
| Plaintiffs, | **[PROPOSED]** |
| v. | **ORDER GRANTING DEFENDANT LEAGUE OF WOMEN VOTERS'S MOTION FOR ATTORNEY'S FEES** |
| CITY OF RIVERSIDE, ET AL., | Date:    February 6, 2025 |
| Defendants. | Time:    10:00 a.m. |
| | Crtrm.   5B |
| | The Hon. Hernán D. Vera |

Defendant League of Women Voters Riverside's Motion for Attorney's Fees came on for hearing before this Court on February 6, 2025, at 10:00 a.m..  After full consideration of the matter, this Court finds as follows:

The Motion is GRANTED.  Defendant League of Women Voters Riverside, as the prevailing party, is awarded a reasonable attorney's fees pursuant to 42 U.S.C. § 1988 in the amount of $_____

IT IS SO ORDERED.

Dated:  _____    _____

Hon. Hernán D. Vera
United States District Judge

4886-7342-6429.1