| | |
|---|---|
| 1 | LATHAM & WATKINS LLP |
| 2 | Marvin S. Putnam (Bar No. 212839)<br>*marvin.putnam@lw.com* |
| 3 | Laura R. Washington (Bar No. 266775)<br>*laura.washington@lw.com* |
| 4 | Joseph Axelrad (Bar No. 274580)<br>*joseph.axelrad@lw.com* |
| 5 | 10250 Constellation Blvd., Suite 1100<br>Los Angeles, California 90067 |
| 6 | Telephone: +1.424.653.5500<br>Facsimile: +1.424.653.5501 |
| 7 | *Attorneys for Defendant National* |
| 8 | *Association for the Advancement of Colored People* |

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REPRESENTATIVE MATT GAETZ, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>CITY OF RIVERSIDE, et al.,<br><br>    Defendants. | CASE NO. 5:23-cv-01368-HDV-SHK<br><br>**DECLARATION OF LAURA R. WASHINGTON IN SUPPORT OF DEFENDANT NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE'S MOTION FOR ATTORNEY'S FEES AND COSTS**<br><br>Date:  February 6, 2025<br>Time:  10:00 a.m.<br>Place:  Courtroom 5B, 5th Floor<br>Judge:  Hon. Hernán D. Vera<br><br>FAC Filed:  October 2, 2023 |

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
CENTURY CITY

CASE NO. 5:23-cv-01368-HDV-SHK
DECL. OF LAURA R. WASHINGTON ISO NAACP'S
MOT. FOR ATTORNEY'S FEES AND COSTS

# DECLARATION OF LAURA R. WASHINGTON

I, Laura R. Washington, declare as follows:

1. I am a partner of the law firm of Latham & Watkins LLP ("Latham") and an attorney duly admitted to practice before this Court in the above-captioned action. I am counsel for Defendant National Association For The Advancement Of Colored People (the "NAACP"). I make this declaration in support of the NAACP's Motion for Attorney's Fees and Costs.

2. On July 31, 2023, the NAACP retained Latham to serve as counsel in this matter. Latham met and conferred with counsel for Plaintiffs to alert them of the many deficiencies of their complaints. Plaintiffs refused to dismiss any of their causes of actions against NAACP.

3. Latham's trial team consisted primarily of one partner (myself), and two associates.

4. I am a partner in Latham's Century City office with over 15 years of experience in commercial litigation. I am currently the Global Vice-Chair of Latham's Complex Commercial Litigation Practice Group.

5. I have been recognized as a "Client Service All-Star" by BTI Consulting Group in 2022 and 2023, and as a "Next Generation Partner" in the field of general commercial disputes by The Legal 500 in 2023. A true and correct copy of my firm biography is attached hereto as **Exhibit 1**.

6. Also on our team were associates Helen Klein and Danielle Roybal. Both are members of the firm's Complex Commercial Litigation practice group.

7. Ms. Klein is a former seventh year associate. A true and correct copy of her LinkedIn profile is attached hereto as **Exhibit 2.** Since joining Meta Platforms, Inc. as their Lead Counsel in Artificial Intelligence, she was replaced in this case by associate Robert Medina. Mr. Medina is a fifth year associate in the firm's Complex Commercial Litigation Practice Group. A true and correct copy of his firm biography is attached hereto as **Exhibit 3.**

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
CENTURY CITY

2

CASE NO. 5:23-cv-01368-HDV-SHK
DECL. OF LAURA R. WASHINGTON ISO NAACP'S
MOT. FOR ATTORNEY'S FEES AND COSTS

8. Ms. Roybal is a former second year associate. A true and correct copy of her LinkedIn profile is attached hereto as **Exhibit 4**.

9. Attached as **Exhibit 5** is a true and correct copy of Wolters Kluwer's 2023 Real Rate Report.

10. Pursuant to section X.F of the Court's Standing Order on Civil Cases, Latham has prepared two summary tables detailing the hours worked by attorney (attached as **Exhibit 6**), and by task (attached as **Exhibit 7**). As a courtesy to aid the Court in its analysis, we have also provided a breakdown of the tasks with the corresponding narratives (attached as **Exhibit 8).** These tables were prepared based on contemporaneous Latham billing records. Latham provided the NAACP a 20% discount on the total amount of fees, as reflected in the total amounts charged in each exhibit. The work performed was reasonable, and the matter was always staffed as leanly as possible.

11. In representing the NAACP, Latham has also incurred $4,219.15 in non-taxable costs, which include $4,109.40 in legal research costs and $109.75 in Federal Express and messenger costs.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 20, 2024 at Los Angeles, California.

By */s/ Laura R. Washington*
Laura R. Washington

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
CENTURY CITY

3

CASE NO. 5:23-cv-01368-HDV-SHK
DECL. OF LAURA R. WASHINGTON ISO NAACP'S
MOT. FOR ATTORNEY'S FEES AND COSTS