# EXHIBIT 1

EXHIBIT 1
Page 4

**LATHAM&WATKINS**LLP



# Laura R. Washington
Partner

Century City
laura.washington@lw.com
+1.424.653.5578

 

# Profile

Laura Washington is the Global Vice Chair of the firm's Complex Commercial Litigation Practice. She is also a member of the Entertainment Sports & Media Practice. She represents high-profile clients in complex business disputes and intellectual property litigation.

Laura has been praised for her creative and strategic approach to litigation. Her wide-ranging litigation experience includes pre-litigation counseling, trial, and appellate work. She has extensive motion and discovery experience, conducted internal investigations, and managed crises responses.

Her practice covers a broad range of business disputes, including unfair business practices, false advertising, fraud, contract, trade secret misappropriation, trademark and copyright infringement, and business torts.

In addition to her litigation practice, Laura frequently consults on Entertainment, Sports & Media transactional matters.

Laura serves as the partner advisor for Latham's Global Black Lawyers Group, and she previously served on the firm's Recruiting Committee. She also serves on the Board of Teach Democracy (formerly the Constitutional Rights Foundation), a non-profit, non-partisan, community-based organization dedicated to educating young people about the importance of civic participation in a democratic society.

Laura was named a 2022 and 2023 Client Service All-Star by *BTI Consulting Group* based on a survey of US corporate counsel and executives.

 Laura R. Washington

**EXHIBIT 1**
**Page 5**

# Experience

Prior to joining Latham, Laura was a member of the trial team that successfully defended AEG Live, a concert promotion company, in a six-month wrongful death trial brought by Michael Jackson's family. The resulting verdict was named one of the most 10 significant defense verdicts of the year by the nation's leading legal journals.*

Laura's experience includes representing:

- Netflix in a defamation action brought by a famous no-limit free diver

- Ultimate Fighting Championship in a certified class action brought by fighters

- National Association for the Advancement of Colored People in a successful motion to dismiss a Section 1985(3) claim

- A plant-based meat company on a complex contract and trade secrets dispute

- A digital marketing and advertising company in a successful opposition to a high-stakes and high-profile preliminary injunction and resolution of several false advertising and tortious inference actions

- A film distribution and production company in a successful motion to dismiss and resolution of a copyright infringement action

- A distribution and production company in a successful motion to dismiss and resolution of an unjust enrichment and declaratory relief action

- A non-profit company in a fraud and breach of contract action

- A talent and literary agency in employment, tort, and contract action

- A film distributor in tort and complex contract litigation

- A media company in various copyright and trademark matters

- A motion picture studio in a copyright infringement matter

*Matter handled prior to joining Latham

# Qualifications

### BAR QUALIFICATION
California

### EDUCATION
JD, Georgetown Law School, 2009
BA, Harvard University, 2006

### PRACTICES
Complex Commercial Litigation  /  Entertainment, Sports & Media  /  Intellectual Property Litigation  /  Litigation & Trial

### INDUSTRIES
Entertainment, Sports & Media


Laura R. Washington

EXHIBIT 1
Page 6

# Recognition



April 19, 2023 | Recognition

Eleven Latham Attorneys Named Among Hollywood's Top Entertainment Dealmakers and Litigators [/en/news/eleven-latham-attorneys-named-among-hollywood-top-entertainment-dealmakers-and-litigators]

Entertainment, Sports & Media team profiled in Variety's annual Legal Impact Report.



May 26, 2022 | Recognition

Two Latham Litigators Named Among California's Top Women Lawyers [/en/news/two-latham-litigators-named-among-californias-top-women-lawyers]

Michele Johnson and Laura Washington honored for leading cutting-edge cases for notable clients.

 Laura R. Washington

EXHIBIT 1
Page 7



May 26, 2022 | Recognition

Top Women Lawyers in California: Laura Washington
[admin/upload/SiteAttachments/Latham - Watkins (DJ 5-18-21 TOP WOMEN-Washington).pdf]

Litigator recognized for the third consecutive year for a range of high profile representations.

READ MORE

EXHIBIT 1
Page 8