# EXHIBIT 2

EXHIBIT 2
Page 9

## Contact

www.linkedin.com/in/helen-klein-000a008b (LinkedIn)

# Helen Klein

AI Counsel @ Meta
Los Angeles, California, United States

## Experience

**Meta**
Lead Counsel, AI
April 2024 - Present (8 months)
Los Angeles, California, United States

**Latham & Watkins**
Associate
May 2022 - April 2024 (2 years)
Los Angeles, California, United States

**The White House**
Deputy Associate Counsel
January 2021 - March 2022 (1 year 3 months)
Washington DC-Baltimore Area

**United States Court of Appeals for the Eleventh Circuit**
Judicial Law Clerk
October 2018 - September 2020 (2 years)
Miami, Florida, United States

**United States District Court for The Southern District of Florida**
Judicial Law Clerk
September 2017 - October 2018 (1 year 2 months)
Miami, Florida, United States

**Gibson, Dunn & Crutcher LLP**
Summer Associate
June 2016 - August 2016 (3 months)
Orange County, California, United States

**The California Monitor Program**
Program Analyst
June 2012 - June 2014 (2 years 1 month)
Irvine, CA

EXHIBIT 2
Page 10                    Page 1 of 2

UC Irvine
Research Assistant
June 2011 - June 2013 (2 years 1 month)
Irvine, CA

---

## Education

Harvard Law School
Juris Doctor (J.D.)  · (2014 - 2017)

University of California, Irvine
Bachelor of Arts (B.A.), Political Science, Spanish · (2007 - 2012)

**EXHIBIT 2**
**Page 11**                    Page 2 of 2