# EXHIBIT 3

EXHIBIT 3
Page 12



# Robert Medina
Associate

Los Angeles
robert.medina-garcia@lw.com
+1.213.891.8572

Complex Commercial Litigation
Entertainment, Sports & Media

 

# Profile

Robert Medina is an associate in the Los Angeles office of Latham & Watkins and a member of the firm's Litigation & Trial Department. Robert's primary practice groups include Entertainment, Sports & Media and Complex Commercial Litigation.

Robert has significant experience in all aspects of civil litigation at the trial and appellate level, including arguing motions, drafting and defending against motions, taking depositions, managing large-scale document productions, assisting with fact discovery, and preparing for trial. Robert has also conducted internal investigations and represented clients in government regulatory actions. Robert maintains an active and dedicated pro bono practice, focusing on immigration and homelessness.

Robert received his JD from Stanford Law School, graduating with pro bono distinction. Robert served as the professional development chair of the Stanford Latino Law Students Association and as the Diversity & Inclusion co-chair of the Stanford Law Association.

 Robert Medina

EXHIBIT 3
Page 13

## Experience

Robert's experience includes advising:

### Entertainment, Sports, and Media

- A mixed martial arts promoter in a monopsony class action
- A chess company in a defamation and antitrust suit
- A major film producer and distributor in tort litigation
- A talent and literary agency in an employment, tort, and contract action
- An NHL team in an arbitration before the NHL Commissioner arising out of an employment dispute with the team's former general manager

### Complex Commercial Litigation and Trials

- The liquidators of a prominent crypto hedge fund with billions of dollars in assets previously under management
- A public affairs company in a highly publicized dispute with former partners
- A leading plant-based meat company in a trade secret and contract dispute with its former co-manufacturer
- A semiconductor developer in a proof of claim dispute
- An energy provider in securities and derivative lawsuits related to California wildfires

### White Collar Defense and Investigations

- A London-based reinsurance broker in a Foreign Corrupt Practices Act investigation by the Department of Justice
- A health care software developer in a False Claims Act investigation by the Department of Justice
- An accounting firm in an investigation by the Public Company Accounting Oversight Board

## Qualifications

### BAR QUALIFICATION

California

### EDUCATION

JD, Stanford Law School, 2019

BA in Political Science, University of California, Los Angeles, 2016
*summa cum laude*

### LANGUAGES SPOKEN

English  /  Spanish

---

### PRACTICES

Complex Commercial Litigation  /  Litigation & Trial

 Robert Medina

EXHIBIT 3
Page 14

Entertainment, Sports & Media

# Recognition



June 30, 2023 | Recognition

Litigator of the Week Runners-Up and Shout Outs
[admin/upload/SiteAttachments/AMLAW630202344916Latham.pdf]

Cross-Discipline Latham Team recognized for federal court victory in high-profile chess cheating dispute.

EXHIBIT 3
Page 15