# EXHIBIT B

| Task | Date | Attorney/Paralegal | Hourly Fee | Hours | Description | Amount | Amounts Totals by Rate |
|---|---|---|---|---|---|---|---|
| **Partner - Eugene Kim, Esq.** | | | | | | | |
| Initial Case Analysis | 10/3/2023 | Kim, Eugene | $495.00 | 1 | Review and analyze First Amended Complaint filed by plaintiff; prepare email to client regarding same. | $495.00 | |
| | 10/3/2023 | Kim, Eugene | $495.00 | 0.5 | Delgado regarding same; review letter sent to City Counsel from Unidos. | $247.50 | |
| | 10/13/2023 | Kim, Eugene | $495.00 | 3 | Attend meeting with E. Duran regarding memo for constitutional defenses regarding same. | $1,485.00 | $2,227.50 |
| Motion to Dismiss | 10/19/2023 | Kim, Eugene | $495.00 | 2 | Review Motion to Dismiss filed by League of Women Voters; review legal authorities regarding same. | $990.00 | |
| | 10/20/2023 | Kim, Eugene | $495.00 | 2 | Review 12b2 motion filed by NAACP; attend meeting with E. Duran regarding same. | $990.00 | |
| | 11/1/2023 | Kim, Eugene | $495.00 | 1 | Review Notice to Dismiss filed by Raincross Group. | $495.00 | |
| | 11/2/2023 | Kim, Eugene | $495.00 | 1.5 | Review and analyze the City of Riverside's Motion to Dismiss Plaintiff's Complaint. | $742.50 | |
| | 12/14/2023 | Kim, Eugene | $495.00 | 2.4 | to Set Aside Default; prepare email to C. Lainez and N. Delgado regarding Motion to Dismiss and Stipulation to Set | $1,188.00 | |
| | 12/19/2023 | Kim, Eugene | $495.00 | 1 | Prepare revised declaration for Motion to Dismiss to comply with Local Rules. | $495.00 | |
| | 12/27/2023 | Kim, Eugene | $495.00 | 2 | Finalized Motion to Dismiss and filed with Court; prepare email to client regarding same. | $990.00 | |
| | 12/29/2023 | Kim, Eugene | $495.00 | 0.5 | Exchange emails with J. Eastman regarding rescheduling hearings to February 1 instead of February 29. | $247.50 | $6,138.00 |
| | 1/2/2024 | Kim, Eugene | $515.00 | 1 | Exchange emails with counsel to reschedule hearing date; exchange emails with E. Duran regarding hearing. | $515.00 | $515.00 |
| Proof of Service | 11/7/2023 | Kim, Eugene | $495.00 | 1 | Review Waiver of Service of Summons filed by Raincross. | $495.00 | |
| | 11/20/2023 | Kim, Eugene | $495.00 | 2 | Follow up on status of service of complaint and related issues. | $990.00 | |
| | 11/28/2023 | Kim, Eugene | $495.00 | 3 | prepare email to N. Delgado; prepare revisions to 12b6 motion; prepare email to opposing counsel regarding same. | $1,485.00 | $2,970.00 |
| Set Aside Default | 12/13/2023 | Kim, Eugene | $495.00 | 3.5 | Prepare draft of Motion to Set Aside Default; review email from C. Lainez regarding motion to extend time for service. | $1,732.50 | |
| | 12/14/2023 | Kim, Eugene | $495.00 | 2.4 | Telephone conference with A. Haberbush regarding Stipulation to Set Aside Default; prepare email to C. Lainez and N. Delgado regarding Motion to Dismiss and Stipulation to Set Aside Default; prepare letter to A. Haberbush with threat for sanctions regardi | $1,188.00 | |
| | 12/15/2023 | Kim, Eugene | $495.00 | 0.4 | Prepare revisions to proposed stipulation to set aside default. | $198.00 | $3,118.50 |
| | 11/29/2023 | Kim, Eugene | $495.00 | 1.7 | Telephone conference with A. Haberbush regarding stipulation to set aside default; prepare email confirming conversation regarding same. | $841.50 | $841.50 |

**EXHIBIT B**

**1 of 8**

| Category | Date | Timekeeper | Rate | Hours | Description | Amount | Subtotal |
|---|---|---|---|---|---|---|---|
| Reply to Opposition to Motion to Dismiss | 1/11/2024 | Kim, Eugene | $515.00 | 1.6 | Review and analyze Opposition to Motion to Dismiss; attend meeting with E. Duran regarding Reply regarding same. | $824.00 | |
| | 1/17/2024 | Kim, Eugene | $515.00 | 3.5 | Prepare revisions to Reply Brief on Motion to Dismiss. | $1,802.50 | |
| | 1/18/2024 | Kim, Eugene | $515.00 | 3 | Finalized Reply Brief for Motion to Dismiss. | $1,545.00 | |
| | 1/19/2024 | Kim, Eugene | $515.00 | 2 | Review documents filed with court clerk for League of Women Voters and Reply to Points and Authorities for LULAC and City of Riverside; attend meeting with E. Duran regarding same. | $1,030.00 | |
| | 1/29/2024 | Kim, Eugene | $515.00 | 1.1 | Review Lulac's Application regarding Motion to Dismiss. | $566.50 | $5,768.00 |
| Motion to Dismiss Hearing | 1/31/2024 | Kim, Eugene | $515.00 | 1.5 | Attend meeting with E. Duran in preparation for hearing on Motion to Dismiss. | $772.50 | |
| | 2/2/2024 | Kim, Eugene | $515.00 | 2.6 | Attend meeting with E. Duran regarding strategy after hearing. | $1,339.00 | |
| | 3/7/2024 | Kim, Eugene | $515.00 | 1 | Follow up with E. Duran regarding status of ruling on Motion to Dismiss; follow up with co-counsel regarding same. | $515.00 | |
| | 3/15/2024 | Kim, Eugene | $515.00 | 1 | Prepare draft email to client regarding status of hearing on Motion to Dismiss. | $515.00 | |
| | 3/19/2024 | Kim, Eugene | $515.00 | 0.2 | Review docket for updated filings. | $103.00 | |
| | 3/22/2024 | Kim, Eugene | $515.00 | 1 | Review Order on Motion to Dismiss; prepare email to client regarding same. | $515.00 | $3,759.50 |
| Post Order Research on Attorney's Fees | 3/26/2024 | Kim, Eugene | $515.00 | 1 | Review emails and research regarding Motion for Attorney's Fees; prepare memorandum of costs. | $515.00 | |
| | 3/27/2024 | Kim, Eugene | $515.00 | 1 | Telephone conference with E. Duran regarding Motion for Attorney's Fees. | $515.00 | |
| | 4/3/2024 | Kim, Eugene | $515.00 | 0.2 | Review email from J. Eastman. | $103.00 | |
| | 4/9/2024 | Kim, Eugene | $515.00 | 0.8 | Prepare for and attend meeting with co-defense counsel re strategy for Motion for Attorney's fees. | $412.00 | |
| | 5/7/2024 | Kim, Eugene | $515.00 | 0.4 | Exchange emails with counsel regarding motion for attorney's fees. | $206.00 | $1,751.00 |
| Motion for Final Judgement | 5/9/2024 | Kim, Eugene | $515.00 | 0.3 | Prepare for and attend telephone conference with counsel in preparation for attorney's fees. | $154.50 | |
| | 6/21/2024 | Kim, Eugene | $515.00 | 0.3 | Exchange emails with counsel regarding meet and confer regarding stipulation for judgment and attorney's fees. | $154.50 | |
| | 6/24/2024 | Kim, Eugene | $515.00 | 0.6 | Telephone conference and meet and confer regarding stipulation for judgment and motion for attorney's fees. | $309.00 | |
| | 7/18/2024 | Kim, Eugene | $515.00 | 0.5 | Review email regarding judgment and motion for attorney's fees (0.2); follow up with E. Duran regarding same (0.3). | $257.50 | |
| | 9/27/2024 | Kim, Eugene | $515.00 | 0.4 | Review Proposed Motion for Entry of Judgment (0.3); follow up with E. Duran regarding same (0.1). | $206.00 | |
| | 9/30/2024 | Kim, Eugene | $515.00 | 1 | Attend meeting with E. Duran regarding Motion for Judgment and Attorney's Fees. | $515.00 | |
| | 10/1/2024 | Kim, Eugene | $515.00 | 0.4 | Exchange emails regarding Notice of Entry of Judgment (0.2); follow up with co-counsel regarding same (0.2). | $206.00 | |
| | 10/23/2024 | Kim, Eugene | $515.00 | 0.4 | Follow up on Notice of Entry of Judgment and status of Motion for Attorney's Fees (0.2); exchange emails with Cole Huber and Latham & Watkins regarding same (0.2). | $206.00 | |

**EXHIBIT B**

**2 of 8**

| Category | Date | Timekeeper | Rate | Hours | Description | Amount | Subtotal |
|---|---|---|---|---|---|---|---|
| | 10/24/2024 | Kim, Eugene | $515.00 | 0.2 | Follow up on status of motion for judgment and communication with non-government entities. | $103.00 | $2,111.50 |
| Attorney's Fees | 10/29/2024 | Kim, Eugene | $515.00 | 0.6 | Review Notice of Dismissal of Government agencies (0.2); follow up on how this impacts judgment for non-government agencies and attorney's fees regarding same (0.2); review email from other counsel to coordinate motion for attorney's fees and judgment (0. | $309.00 | |
| | 10/30/2024 | Kim, Eugene | $515.00 | 0.3 | Exchange emails with counsel to schedule conference call. | $154.50 | |
| | 10/31/2024 | Kim, Eugene | $515.00 | 1.2 | Attend telephone conference with co-defense counsel regarding strategy for motion for attorney's fees (0.6); review notice from court regarding Order of Dismissal (0.3); exchange emails with all counsel, including plaintiff's counsel, regarding meet and confer in preparation for | $618.00 | |
| | 11/1/2024 | Kim, Eugene | $515.00 | 0.4 | Exchange emails with all counsel re stipulation to extend time for meet and confer. | $206.00 | |
| | 11/4/2024 | Kim, Eugene | $515.00 | 0.3 | Review order and filing for Stipulation of Time to file Motion for Attorney's Fees (0.3). | $154.50 | |
| | 11/7/2024 | Kim, Eugene | $515.00 | 0.2 | Review attorney's fees motion drafted from co-defendant's counsel and conduct analysis of same (0.2) | $103.00 | |
| | 11/11/2024 | Kim, Eugene | $515.00 | 0.3 | Attend meeting with E. Duran re status of meet and confer for attorney's fees and status of stipulation and entry of judgment (0.2); review email from L. Fink re same (0.1). | $154.50 | |
| | 11/12/2024 | Kim, Eugene | $515.00 | 0.5 | Prepare for and attend meet and confer requirement prior to filing motion for attorney's fees with plaintiff's counsel and other defense counsel (0.5) | $257.50 | |
| | 11/19/2024 | Kim, Eugene | $515.00 | 2.8 | Prepare revisions to memorandum of points and authorities in support of motion for attorney's fees (1.2); prepare revisions to attorney's fees calculation and breakout pursuant to local rules (1.4); review emails from co-defense counsel re motion for attorney's fees and hearing dates (0.2) | $1,442.00 | $3,399.00 |

**Associate - Elizabeth Duran, Esq.**

| Category | Date | Timekeeper | Rate | Hours | Description | Amount | Subtotal |
|---|---|---|---|---|---|---|---|
| Initial Case Analysis | 10/2/2023 | Duran, Elizabeth | $150.00 | 1.5 | Reviewing complaint; conducting legal research to find authorities on anti-Slapp defenses. | $225.00 | |
| | 10/3/2023 | Duran, Elizabeth | $150.00 | 2.3 | Reviewing first amended complaint and client documents; conducting legal research on potential defenses. | $345.00 | |
| | 10/12/2023 | Duran, Elizabeth | $150.00 | 7.8 | Continuing legal research on anti-SLAPP motions in federal courts and potential defenses to 1985(3) claims. | $1,170.00 | |
| | 10/13/2023 | Duran, Elizabeth | $150.00 | 3.8 | Drafting memorandum regarding anti-SLAPP and other defenses; send to E. Kim. | $570.00 | $2,310.00 |
| | 10/16/2023 | Duran, Elizabeth | $150.00 | 2.8 | Conducting legal research on motions to dismiss for 1985(3) claims. | $420.00 | |
| | 10/20/2023 | Duran, Elizabeth | $150.00 | 0.3 | Drafting motion to dismiss complaint. | $45.00 | |
| | 10/23/2023 | Duran, Elizabeth | $150.00 | 0.5 | Continuing to draft motion to dismiss the complaint. | $75.00 | |
| | 10/24/2023 | Duran, Elizabeth | $150.00 | 0.2 | Meeting with E. Kim regarding the motion to dismiss. | $30.00 | |

| | Date | Timekeeper | Rate | Hours | Description | Amount | Subtotal |
|---|---|---|---|---|---|---|---|
| Motion to Dismiss | 11/2/2023 | Duran, Elizabeth | $150.00 | 0.2 | Continuing to draft complaint. | $30.00 | |
| | 11/6/2023 | Duran, Elizabeth | $150.00 | 0.2 | Drafting motion to dismiss complaint. | $30.00 | |
| | 11/17/2023 | Duran, Elizabeth | $150.00 | 5.9 | Continuing to draft motion to dismiss the complaint. | $885.00 | |
| | 11/20/2023 | Duran, Elizabeth | $150.00 | 7 | Continuing to draft motion to dismiss the complaint. | $1,050.00 | |
| | 11/21/2023 | Duran, Elizabeth | $150.00 | 5.8 | Continuing to draft motion to dismiss the complaint. | $870.00 | |
| | 11/22/2023 | Duran, Elizabeth | $150.00 | 2 | Continuing to draft motion to dismiss the complaint; adding case law to the motion to dimiss; drafting the table of contents. | $300.00 | |
| | 11/27/2023 | Duran, Elizabeth | $150.00 | 1.1 | Revising the motion to dismiss; sent to Attorney E. Kim for review. | $165.00 | |
| | 11/28/2023 | Duran, Elizabeth | $150.00 | 0.7 | Send motion to Attorney E. Kim for review; drafting proposed order. | $105.00 | |
| | 11/29/2023 | Duran, Elizabeth | $150.00 | 1.5 | Revising the motion to dismiss. | $225.00 | |
| | 12/18/2023 | Duran, Elizabeth | $150.00 | 4.9 | Revising motion to dismiss; drafting declaration; putting together exhibits; drafting meet and confer letter. | $735.00 | |
| | 12/19/2023 | Duran, Elizabeth | $150.00 | 0.6 | Finalized motion to dismiss; revised declaration. | $90.00 | |
| | 12/26/2023 | Duran, Elizabeth | $150.00 | 0.2 | Reviewed documents to be filed. | $30.00 | $5,085.00 |
| | 1/3/2024 | Duran, Elizabeth | $240.00 | 0.1 | Meeting with E. Kim regarding hearing. | $24.00 | $24.00 |
| Set Aside Default | 12/5/2023 | Duran, Elizabeth | $150.00 | 0.2 | Email E. Kim regarding default. | $30.00 | |
| | 12/6/2023 | Duran, Elizabeth | $150.00 | 0.1 | Call with E. Kim regarding default. | $15.00 | |
| | 12/11/2023 | Duran, Elizabeth | $150.00 | 0.4 | Reviewing new filed documents from plaintiffs. | $60.00 | |
| | 12/14/2023 | Duran, Elizabeth | $150.00 | 1 | Strategy planning with E. Kim regarding motion to dismiss. | $150.00 | |
| | 12/15/2023 | Duran, Elizabeth | $150.00 | 0.5 | Email exchange with E. Kim regarding motion to dismiss; send motion to dismiss to client. | $75.00 | $330.00 |
| Reply to Opposition to Motion to Dismiss | 1/12/2024 | Duran, Elizabeth | $240.00 | 3.8 | Reviewing opposition to motion to dismiss; drafting reply to motion to dismiss; meeting with E. Kim regarding reply. | $912.00 | |
| | 1/15/2024 | Duran, Elizabeth | $240.00 | 1.5 | Continuing to draft reply to opposition to motion to dismiss. | $360.00 | |
| | 1/16/2024 | Duran, Elizabeth | $240.00 | 1.5 | Meeting with E. Kim regarding reply to opposition to motion to dismiss; drafting reply to opposition to motion to dismiss. | $360.00 | |
| | 1/17/2024 | Duran, Elizabeth | $240.00 | 7.3 | Continuing to draft reply to opposition to motion to dismiss. | $1,752.00 | |
| | 1/18/2024 | Duran, Elizabeth | $240.00 | 5.5 | Finalizing draft of reply brief; send to E. Kim for review. | $1,320.00 | $4,704.00 |
| | 1/31/2024 | Duran, Elizabeth | $240.00 | 5 | Prepping for hearing on motion to dismiss; meeting with E. Kim regarding hearing. | $1,200.00 | |

**EXHIBIT B**

**4 of 8**

| Category | Date | Attorney | Rate | Hours | Description | Amount | Subtotal |
|---|---|---|---|---|---|---|---|
| Motion to Dismiss Hearing | 2/1/2024 | Duran, Elizabeth | $240.00 | 4.5 | Preparing for motion to dismiss hearing; attending hearing; call with E. Kim regarding hearing; email update to E. Kim regarding summary of hearing. | $1,080.00 | |
| | 2/2/2024 | Duran, Elizabeth | $240.00 | 0.5 | Meeting with E. Kim regarding motion to dismiss hearing. | $120.00 | |
| | 3/7/2024 | Duran, Elizabeth | $240.00 | 0.2 | Email exchange with E. Kim regarding update on case. | $48.00 | |
| | 3/15/2024 | Duran, Elizabeth | $240.00 | 0.3 | Drafting email update to Unidos regarding the motion to dismiss hearing. | $72.00 | |
| | 3/19/2024 | Duran, Elizabeth | $240.00 | 0.1 | Reviewing documents from docket. | $24.00 | |
| | 3/23/2024 | Duran, Elizabeth | $240.00 | 0.5 | Reviewing order for motion to dismiss motion. | $120.00 | $2,664.00 |
| Post-Order Research on Attorney's Fees & Appealability | 3/25/2024 | Duran, Elizabeth | $240.00 | 3.2 | Email exchange with E. Kim regarding next steps; conducting legal research regarding appealability of the case. | $768.00 | |
| | 3/26/2024 | Duran, Elizabeth | $240.00 | 2.2 | Email exchange with E. Kim and C. Brandt regarding the Bill of Costs; conducting legal research regarding finality of order; reading emails from other counsel regarding finality of the order and motion for attorney's fees. | $528.00 | |
| | 3/27/2024 | Duran, Elizabeth | $240.00 | 0.8 | Call with E. Kim regarding attorney's fees motion; emails to E. Kim and C. Brandt regarding next steps. | $192.00 | |
| | 3/28/2024 | Duran, Elizabeth | $240.00 | 0.2 | Email to E. Kim regarding collaboration with other attorneys on attorney's fees motion. | $48.00 | |
| | 4/1/2024 | Duran, Elizabeth | $240.00 | 0.2 | Reviewing attorneys' fees email chain; email to E. Kim regarding attorneys' fees. | $48.00 | |
| | 4/4/2024 | Duran, Elizabeth | $240.00 | 0.5 | defendant's counsel regarding motion; email to E. Kim regarding meeting with other attorneys. | $120.00 | |
| | 4/5/2024 | Duran, Elizabeth | $240.00 | 0.2 | Reviewing email from co-defendants' counsel; send email to E. Kim regarding meeting next week. | $48.00 | |
| | 4/8/2024 | Duran, Elizabeth | $240.00 | 0.4 | Coordinating schedules for tomorrow's meeting; responding to calendar invite; preparing for tomorrow's meeting. | $96.00 | |
| | 4/9/2024 | Duran, Elizabeth | $240.00 | 0.8 | Call with co-defendant's counsel to discuss final judgment and attorney's fees motion; preparing for meeting. | $192.00 | |
| | 4/15/2024 | Duran, Elizabeth | $240.00 | 0.1 | Email regarding court rules. | $24.00 | |
| | 5/6/2024 | Duran, Elizabeth | $240.00 | 0.2 | Email exchange with co-defendants' attorneys regarding attorney's fees. | $48.00 | |
| | 5/7/2024 | Duran, Elizabeth | $240.00 | 0.1 | Email to E. Kim regarding attorney's fees meeting. | $24.00 | |
| | 5/7/2024 | Duran, Elizabeth | $240.00 | 0.2 | Reviewing emails regarding the next call with co-defendants. | $48.00 | $2,184.00 |
| | 5/9/2024 | Duran, Elizabeth | $240.00 | 0.3 | Meeting with co-defendant's counsel regarding final judgment and motion for attorney's fees. | $72.00 | |
| | 6/18/2024 | Duran, Elizabeth | $240.00 | 0.4 | Email to co-defendants' counsel regarding the final judgment and meeting and conferring with opposing counsel. | $96.00 | |
| | 6/18/2024 | Duran, Elizabeth | $240.00 | 0.2 | Meeting with E. Kim regarding the final judgment and motion for attorney's fees. | $48.00 | |
| | 6/18/2024 | Duran, Elizabeth | $240.00 | 0.3 | Reviewing emails from co-defendants' counsel. | $72.00 | |
| | 6/18/2024 | Duran, Elizabeth | $240.00 | 0.1 | Email to E. Kim regarding the joinder and motion for attorney's fees. | $24.00 | |
| | 6/20/2024 | Duran, Elizabeth | $240.00 | 0.1 | Responding to co-defendant's email. | $24.00 | |

**EXHIBIT B**

**5 of 8**

| Phase | Date | Timekeeper | Rate | Hours | Description | Amount | Subtotal |
|---|---|---|---|---|---|---|---|
| Motion for Final Judgement | 6/20/2024 | Duran, Elizabeth | $240.00 | 0.2 | Reviewing emails from co-defendants' counsel. | $48.00 | |
| | 6/21/2024 | Duran, Elizabeth | $240.00 | 0.1 | Email to E. Kim regarding meeting on Monday. | $24.00 | |
| | 6/24/2024 | Duran, Elizabeth | $240.00 | 0.6 | Telephone conference and meet and confer regarding stipulation for judgment and motion for attorney's fees. | $144.00 | |
| | 7/18/2024 | Duran, Elizabeth | $240.00 | 0.2 | Review co-defendant's counsel's email regarding entry of judgment and send email to E. Kim regarding entry of judgment. | $48.00 | |
| | 7/26/2024 | Duran, Elizabeth | $240.00 | 0.1 | Send email to co-defendants' counsel regarding motion for entry of judgment. | $24.00 | |
| | 7/26/2024 | Duran, Elizabeth | $240.00 | 0.1 | Meet with E. Kim regarding motion for entry of judgment. | $24.00 | |
| | 7/30/2024 | Duran, Elizabeth | $240.00 | 0.1 | Meet with E. Kim regarding motion for entry of judgment. | $24.00 | |
| | 8/14/2024 | Duran, Elizabeth | $240.00 | 0.1 | Review email from co-defendants' counsel. | $24.00 | |
| | 8/15/2024 | Duran, Elizabeth | $240.00 | 0.1 | Review email from co-defendants' counsel. | $24.00 | |
| | 9/27/2024 | Duran, Elizabeth | $240.00 | 0.1 | Review email from co-defendant's counsel. | $24.00 | |
| | 9/30/2024 | Duran, Elizabeth | $240.00 | 0.1 | Meet with E. Kim regarding motion for judgment. | $24.00 | |
| | 9/30/2024 | Duran, Elizabeth | $240.00 | 0.2 | Review motion for judgment and email exchange with E. Kim regarding the motion. | $48.00 | |
| | 10/1/2024 | Duran, Elizabeth | $240.00 | 0.2 | Respond to email from co-defendant's counsel regarding motion for judgment. | $48.00 | |
| | 10/1/2024 | Duran, Elizabeth | $240.00 | 0.1 | Email to E. Kim regarding hearing for motion for judgment. | $24.00 | |
| | 10/9/2024 | Duran, Elizabeth | $240.00 | 0.1 | Review emails from co-defendants' counsel regarding the motion for judgment. | $24.00 | |
| | 10/24/2024 | Duran, Elizabeth | $240.00 | 0.1 | Email exchange with E. Kim regarding motion for judgment update. | $24.00 | $936.00 |
| Final Judgement | 10/29/2024 | Duran, Elizabeth | $240.00 | 0.2 | Review new filing from plaintiffs and email E. Kim regarding next steps. | $48.00 | $48.00 |
| | 10/30/2024 | Duran, Elizabeth | $240.00 | 0.1 | Email to E. Kim regarding meeting with co-defendants' counsel | $24.00 | |
| | 10/31/2024 | Duran, Elizabeth | $240.00 | 0.1 | Email exchange with E. Kim regarding meet and confer efforts for attorney's fees. | $24.00 | |
| | 10/31/2024 | Duran, Elizabeth | $240.00 | 0.5 | Review emails from co-defendant's counsel and opposing counsel regarding meet and confer, review stipulation, and review new entry on the docket. | $120.00 | |
| | 10/31/2024 | Duran, Elizabeth | $240.00 | 0.6 | regarding meet and confer with opposing counsel over attorney's fees. | $144.00 | |
| | 11/1/2024 | Duran, Elizabeth | $240.00 | 0.3 | Reply to co-defendant's counsel regarding stipulation and review emails from co-defendant's counsel. | $72.00 | |
| | 11/1/2024 | Duran, Elizabeth | $240.00 | 0.2 | Email exchange with E. Kim regarding stipulation to extend time to file motion for attorney's fees. | $48.00 | |
| | 11/4/2024 | Duran, Elizabeth | $240.00 | 0.2 | Review joint stipulation filed with the court. | $48.00 | |

**EXHIBIT B**

**6 of 8**

| | Date | Name | Rate | Hours | Description | Amount | Total |
|---|---|---|---|---|---|---|---|
| Attorney's Fees | 11/4/2024 | Duran, Elizabeth | $240.00 | 0.2 | Email to the team regarding attorney's to send to opposing counsel. | $48.00 | |
| | 11/5/2024 | Duran, Elizabeth | $240.00 | 0.2 | Begin compiling hourly rates to send to opposing counsel for meet and confer. | $48.00 | |
| | 11/6/2024 | Duran, Elizabeth | $240.00 | 0.2 | Send attorney's fees to E. Kim for review before sending to opposing counsel. | $48.00 | |
| | 11/7/2024 | Duran, Elizabeth | $240.00 | 0.2 | Review attorney's fees drafted motion from co-defendant's counsel. | $48.00 | |
| | 11/8/2024 | Duran, Elizabeth | $240.00 | 0.2 | Review emails from co-defendant's counsel regarding attorney's fees motion and meet and confer. | $48.00 | |
| | 11/11/2024 | Duran, Elizabeth | $240.00 | 0.2 | Review email from L. Fink to opposing counsel regarding meet and confer. | $48.00 | |
| | 11/11/2024 | Duran, Elizabeth | $240.00 | 0.1 | Email to E. Kim regarding our attorney's fees that we need to send to opposing counsel. | $24.00 | |
| | 11/11/2024 | Duran, Elizabeth | $240.00 | 0.2 | Meet with E. Kim regarding attorney's fees and meet and confer with opposing counsel. | $48.00 | |
| | 11/11/2024 | Duran, Elizabeth | $240.00 | 0.2 | Email to A. Caso regarding our attorney's fees and the meet and confer tomorrow. | $48.00 | |
| | 11/12/2024 | Duran, Elizabeth | $240.00 | 0.2 | Review signed stipulation from the court. | $48.00 | |
| | 11/12/2024 | Duran, Elizabeth | $240.00 | 0.1 | Email to E. Kim regarding meet and confer. | $24.00 | |
| | 11/12/2024 | Duran, Elizabeth | $240.00 | 0.4 | Prepare for meet and confer. | $96.00 | |
| | 11/12/2024 | Duran, Elizabeth | $240.00 | 0.3 | Attend meet and confer with opposing counsel and other co-defendants' counsel. | $72.00 | |
| | 11/12/2024 | Duran, Elizabeth | $240.00 | 0.2 | Call with E. Kim regarding motion for attorney's fees and meet and confer. | $48.00 | |
| | 11/13/2024 | Duran, Elizabeth | $240.00 | 0.2 | Review emails from co-defendants' counsel. | $48.00 | |
| | 11/14/2024 | Duran, Elizabeth | $240.00 | 0.2 | Begin drafting motion for attorney's fees. | $48.00 | |
| | 11/18/2024 | Duran, Elizabeth | $240.00 | 4 | Draft motion for attorney's fees. | $960.00 | |
| | 11/18/2024 | Duran, Elizabeth | $240.00 | 0.5 | Review emails from co-defendants' counsel and respond. | $120.00 | |
| | 11/18/2024 | Duran, Elizabeth | $240.00 | 0.2 | Email to E. Kim regarding motion for attorney's fees. | $48.00 | |
| | 11/18/2024 | Duran, Elizabeth | $240.00 | 1 | Draft tables of attorney's fees per Judge Vera's standing order. | $240.00 | |
| | 11/19/2024 | Duran, Elizabeth | $240.00 | 0.7 | Call and meeting with E. Kim regarding motion for attorney's fees. | $168.00 | |
| | 11/19/2024 | Duran, Elizabeth | $240.00 | 2 | Continue drafting Motion for Attorney's Fees, declaration of Eugene Kim, and the proposed order. | $480.00 | |
| | 11/19/2024 | Duran, Elizabeth | $240.00 | 0.3 | Email to co-defendants' counsel regarding motion for attorney's fees and review emails from counsel. | $72.00 | |
| | 11/19/2024 | Duran, Elizabeth | $240.00 | 1 | Draft tables for attorney's fees motion. | $240.00 | $3,600.00 |

**Paralegal - Cathy Brandt**

| | Date | Name | Rate | Hours | Description | Amount | Total |
|---|---|---|---|---|---|---|---|
| Attorney's Fees | 11/7/2023 | Brandt, Cathy | $225.00 | 0.5 | Research service issues; discussion with J. Velazquez. | $112.50 | $112.50 |

**Paralegal - Evangelina Espinoza**

**EXHIBIT B**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Attorney's Fees | 11/5/2024 | Espinoza, Evangelina | $150.00 | 1.3 | Manually calculate rates on billable hour list | $195.00 | |
| | 11/6/2024 | Espinoza, Evangelina | $150.00 | 0.3 | Finalize rate sheet for billable hours | $45.00 | $240.00 |
| **Overall Total** | | | | | | $ | 54,837.00 |

**EXHIBIT B**

**8 of 8**