Eugene Kim, SBN: 221753
Email: eugene.kim@streamkim.com
Elizabeth V. Duran, SBN: 352418
Email: elizabeth.duran@streamkim.com
**STREAM KIM HICKS WRAGE & ALFARO, PC**
3403 Tenth Street, Suite 700
Riverside, CA  92501
Telephone: (951) 783-9470
Facsimile: (951) 783-9475

*Attorneys for Defendant,*
UNIDOS FOR LA CAUSA, INC.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – CENTRAL DIVISION**

| | |
|---|---|
| REPRESENTATIVE MATT GAETZ, ET AL.,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF RIVERSIDE, ET AL.<br><br>Defendants. | CASE NO. 5:23-cv-01368-HDV-SHK<br><br>**DECLARATION OF EUGENE KIM IN SUPPORT OF DEFEDANT UNIDOS FOR LA CAUSA, INC.'S NOTICE OF MOTION AND MOTION FOR ATTORNEYS' FEES PURSUANT TO 42 U.S.C. § 1988**<br><br>Judge: Hon. Hernán D. Vera<br><br>Date:  February 6, 2025<br>Time: 10:00 a.m.<br>Dept.: 5B<br><br>Filed Concurrently With:<br>1.   Notice of Motion and Motion for Attorneys' Fees<br>2.   [Proposed] Order<br><br>Complaint Filed: July 13, 2023<br>Amended Complaint Filed: October 3, 2023 |

1

I, Eugene Kim, hereby declare as follows:

1.  I am an attorney licensed to practice before all state and federal courts in California. I am a partner at the law firm of Stream, Kim, Hicks, Wrage & Alfaro, PC, the pro bono counsel of record for Defendant Unidos for La Causa, Inc. ("Unidos"), in the above-captioned matter. I give this Declaration in Support of Unidos' Motion for Attorney's Fees pursuant to 42 U.S.C. § 1988 (the "Motion") against Plaintiffs, Representative Matt Gaetz, Representative Marjorie Taylor-Greene, Put America First Joint Fundraising Committee, and Friends of Matt Gaetz, and Green for Congress, Inc.'s (collectively, "Plaintiffs"). If called and sworn as a witness, I could and would competently testify to the following facts, having personal knowledge thereof.

2.  Unidos was not served with the Complaint or the First Amended Complaint. Nevertheless, Plaintiffs entered a default against Unidos. *See* Doc. No. 62 Once the default was entered, counsel for Plaintiffs and Unidos met and conferred, and executed a Stipulation to set aside the default. *See* Doc. No. 69.1

3.  On October 31, 2024, I, along with the other non-government defendants' counsel, contacted Anthony Caso to meet and confer on our respective intent to seek recovery of attorney's fees as prevailing defendants under 42 U.S.C. § 1988.

4.  On November 12, 2024, I discussed the merits of our requested attorney's fees with Mr. Caso in a meeting attended by several other non-government co-defendants' counsel. Together, we explained our intent to pursue attorney's fees under 42 U.S.C. § 1988 because of the frivolousness and meritless nature of Plaintiffs' suit. But despite specific discussions on the arguments raised in the Memorandum of Points and Authorities, we were unable to reach an agreement to avoid the need for this Motion.

5.  On December 29, 2024, Plaintiffs' counsel, John Eastman, emailed me asking if Unidos would be agreeable to having its Motion to Dismiss heard on

STREAM|KIM
ATTORNEYS AT LAW
3403 TENTH STREET,
STE 700
RIVERSIDE, CA 92501
951-783-9470

DECLARATION OF EUGENE KIM IN SUPPORT OF DEFEDANT UNIDOS FOR LA CAUSA, INC.'S NOTICE OF MOTION AND MOTION FOR ATTORNEYS' FEES PURSUANT TO 42 U.S.C. § 1988

February 1, 2024, instead of February 29, 2024, so that all of the Motions to Dismiss could be heard on the same day. I agreed, and we signed a stipulation to that effect. A true and correct copy of the email exchange is attached hereto as **Exhibit 1**.

6. I am seeking attorney's fees for filing this Motion in the amount of $54,837.00. *See* Exhibits A and B attached to the Motion.

Dated: November 20, 2024     STREAM KIM HICKS WRAGE & ALFARO, PC.

Eugene Kim
Elizabeth V. Duran
*Attorneys for Defendant,*
UNIDOS FOR LA CAUSA, INC.

STREAM|KIM
ATTORNEYS AT LAW
3403 TENTH STREET,
STE 700
RIVERSIDE, CA 92501
951-783-9470

3

DECLARATION OF EUGENE KIM IN SUPPORT OF DEFEDANT UNIDOS FOR LA CAUSA, INC.'S NOTICE OF MOTION AND MOTION FOR ATTORNEYS' FEES PURSUANT TO 42 U.S.C. § 1988

# CERTIFICATE OF SERVICE

I hereby certify that on November 20, 2024, I electronically filed the foregoing **DECLARATION OF EUGENE KIM IN SUPPORT OF DEFENDANT UNIDOS FOR LA CAUSA, INC.'S NOTICE OF MOTION AND MOTION FOR ATTORNEYS' FEES PURSUANT TO 42 U.S.C. § 1988** with the Clerk of the Court using the CM/ECF system. Upon the electronic filing of this document, a "Notice of Electronic Filing" ("NEF") will be automatically generated by the CM/ECF System and sent by e-mail to: (1) all attorneys who have appeared in the case in this Court and (2) all pro se parties who have been granted leave to file documents electronically in the case pursuant to L.R. 5-4.1.1 or who have appeared in the case and are registered to receive service through the CM/ECF System pursuant to L.R. 5-3.2.2. Service with this electronic NEF will constitute service pursuant to the Federal Rules of Civil Procedure, and the NEF itself will constitute proof of service to the ECF registrants at the email addresses indicated on the attached Service List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on November 20, 2024, Riverside, California.

_____
Janet Velazquez
STREAM KIM HICKS WRAGE & ALFARO, PC
3403 Tenth Street, Suite 700
Riverside, CA 92501
(951) 783-9470   Fax: (951) 783-9450
Email: janet.velazquez@streamkim.com

# SERVICE LIST

| John C. Eastman<br>CONSTITUTIONAL COUNSEL GROUP<br>1628 North Main Street, No. 289<br>Salina, CA 93906<br>Telephone: (909) 257-3869<br>Fax: (714) 844-4817<br>E-Mail: jeastman@ccg1776.com<br><br>Attorney for Plaintiffs,<br>Representative Matt Gaetz;<br>Representative Marjorie Taylor-Greene;<br>Put America First Joint Fundraising Committee; Friends of Matt Gaetz;<br>Greene for Congress, Inc.<br>(LEAD ATTORNEY) | Anthony T. Caso<br>CONSTITUTIONAL COUNSEL GROUP<br>1628 North Main Street, No. 289<br>Salina, CA 93906<br>Telephone: (916) 601-1916<br>Fax: (916) 307-5164<br>E-Mail: atcaso@ccg1776.com<br><br>Attorney for Plaintiffs,<br>Representative Matt Gaetz;<br>Representative Marjorie Taylor-Greene;<br>Put America First Joint Fundraising Committee; Friends of Matt Gaetz;<br>Greene for Congress, Inc. |
|---|---|
| Alexander H. Haberbush<br>LEX REX INSTITUTE<br>444 West Ocean Boulevard, Suite 1403<br>Long Beach, CA 90802<br>Telephone: (562) 435-9062<br>Fax: (562) 600-7570<br>E-Mail: ahaberbush@lexrex.org<br><br>Attorney for Plaintiffs,<br>Representative Matt Gaetz;<br>Representative Marjorie Taylor-Greene;<br>Put America First Joint Fundraising Committee; Friends of Matt Gaetz;<br>Greene for Congress, Inc. | Donald Scott Dodd<br>LAW OFFICE OF WILLIAM R. PRICE<br>12636 High Bluff Drive Suite 400 San Diego, CA 93611<br>Telephone: (858) 888-0588<br>Email: sdodd@williamrprice.com<br><br>Attorney for Defendant,<br>City of Riverside |

STREAM|KIM
ATTORNEYS AT LAW
3403 TENTH STREET, STE 700
RIVERSIDE, CA 92501
951-783-9470

5
SERVICE LIST

C1244/001 - 241771.1

| | |
|---|---|
| William Russell Price<br>LAW OFFICE OF WILLIAM R. PRICE<br>12636 High Bluff Drive Suite 400 San Diego, CA 93611<br>Telephone: (858) 888-0588<br>Email: wprice@williamrprice.com<br><br>Attorney for Defendant,<br>City of Riverside | Phaedra A Norton<br>CITY ATTORNEY'S OFFICE CITY OF RIVERSIDE<br>3750 University Avenue Suite 250<br>Riverside, CA 92501<br>Telephone: (951) 826-5567<br>Fax: (951) 826-5540<br>Email: pnorton@riversideca.gov<br><br>Attorney for Defendant,<br>City of Riverside |
| Rebecca McKee-Reimbold<br>CITY ATTORNEY'S OFFICE CITY OF RIVERSIDE<br>3750 University Avenue Suite 250<br>Riverside, CA 92501<br>Telephone: (951) 826-5567<br>Fax: (951) 826-5540<br>Email: rmckee@riversideca.gov<br><br>Attorney for Defendant,<br>City of Riverside | Nadin S. Said<br>CITY ATTORNEY'S OFFICE CITY OF RIVERSIDE<br>3750 University Avenue Suite 250<br>Riverside, CA 92501<br>Telephone: (951) 826-5567<br>Fax: (951) 826-5540<br>Email: nsaid@riversideca.gov<br><br>Attorney for Defendant,<br>City of Riverside |
| Margaret W Rosequist<br>MEYERS NAVE<br>707 Wilshire Boulevard, 24th Floor<br>Los Angeles, CA 90017<br>Telephone: (213) 626-2906<br>Fax: (213) 626-2906<br>Email: mrosequist@meyersnave.com<br><br>Attorney for Defendant,<br>City of Anaheim | Kristin A. Pelletier<br>City of Anaheim<br>200 South Anaheim Boulevard, Suite 356<br>Anaheim, CA 92803<br>Telephone: (714) 765-5169<br>Fax: (714) 765-5123<br>Email: kpelletier@anaheim.net<br><br>Attorney for Defendant,<br>City of Anaheim |

STREAM|KIM
ATTORNEYS AT LAW
3403 TENTH STREET,
STE 700
RIVERSIDE, CA 92501
951-783-9470

C1244/001 - 241771.1

| | |
|---|---|
| Deborah J. Fox<br>MEYERS NAVE<br>707 Wilshire Boulevard, 24th Floor<br>Los Angeles, CA 90017<br>Telephone: (213) 626-2906<br>Fax: (213) 626-2906<br>Email: dfox@meyersnave.com<br><br>Attorney for Defendant,<br>City of Anaheim | Matthew B. Nazareth<br>MEYERS NAVE<br>707 Wilshire Boulevard, 24th Floor<br>Los Angeles, CA 90017<br>Telephone: (213) 626-2906<br>Fax: (213) 626-2906<br>Email: mnazareth@meyersnave.com<br><br>Attorney for Defendant,<br>City of Anaheim |
| Kedar Shrinivas Vishwanathan<br>ANDRADE GONZALEZ, LLP<br>801 South Figueroa Street Suite 1050<br>Los Angeles, CA 90014<br>Telephone: (213) 986-3950<br>Email:kvishwanathan@andradefirm.com<br><br>Attorney for Defendant,<br>California Lulac State Organization | Sean Adrian Andrade<br>ANDRADE GONZALEZ, LLP<br>801 South Figueroa Street, Suite 1050<br>Los Angeles, CA 90017<br>Telephone: (213) 986-3951<br>Email: sandrade@andradefirm.com<br><br>Attorney for Defendant,<br>California Lulac State Organization |
| Christian M. Contreras<br>LAW OFFICES OF CHRISTIAN CONTRERAS, PLC<br>360 East 2nd Street, 8th Floor<br>Los Angeles, CA 90012<br>Telephone: (323) 435-8000<br>Fax: (323) 597-0101<br>Email: cc@contreras-law.com<br><br>Attorney for Defendant,<br>California Lulac State Organization | Henry H Gonzalez<br>ANDRADE GONZALEZ, LLP<br>801 South Figueroa Street, Suite 1050<br>Los Angeles, CA 90017<br>213-986-3952<br>Email: hgonzalez@andradefirm.com<br><br>Attorney for Defendant,<br>California Lulac State Organization |

| | |
|---|---|
| Marvin S Putnam<br>LATHAM AND WATKINS, LLP<br>10250 Constellation Boulevard, Suite 100<br>Los Angeles, CA 90067<br>Telephone: (424) 653-5500<br>Fax: (424) 653-5501<br>Email: marvin.putnam@lw.com<br><br>Attorney for Defendant,<br>National Association for The Advancement of Colored People | Laura Robinson Washington<br>LATHAM AND WATKINS, LLP<br>10250 Constellation Boulevard, Suite 100<br>Los Angeles, CA 90067<br>Telephone: (424) 653-5500<br>Fax: (424) 653-5501<br>Email: laura.washington@lw.com<br><br>Attorney for Defendant,<br>National Association for The Advancement of Colored People |
| Helen Klein<br>LATHAM AND WATKINS, LLP<br>355 South Grand Avenue, Suite 100<br>Los Angeles, CA 90071<br>Telephone: (213) 485-1234<br>Fax: 213-891-8763<br>Email: helen.klein@lw.com<br><br>Attorney for Defendant,<br>National Association for The Advancement of Colored People | Joseph David Axelrad<br>LATHAM AND WATKINS, LLP<br>355 South Grand Avenue, Suite 100<br>Los Angeles, CA 90071<br>Telephone: (213) 485-1234<br>Fax: 213-891-8763<br>Email: joseph.axelrad@lw.com<br><br>Attorney for Defendant,<br>National Association for The Advancement of Colored People |
| Elizabeth M. Del Cid<br>O'HAGAN MEYER<br>2615 Pacific Coast Highway, Suite 300<br>Hermosa Beach, CA 90254<br>Telephone: (310) 807-1100<br>Fax: (310) 807-1115<br>Email: edelcid@ohaganmeyer.com<br><br>Attorney for Defendant,<br>Raincross Hospitality Management Corporation, a California Corporation as agent for the City of Riverside | Samuel Y Edgerton, III<br>O'HAGAN MEYER<br>2615 Pacific Coast Highway, Suite 300<br>Hermosa Beach, CA 90254<br>Telephone: (310) 807-1100<br>Fax: (310) 807-1115<br>Email: sedgerton@ohaganmeyer.com<br><br>Attorney for Defendant,<br>Raincross Hospitality Management Corporation, a California Corporation as agent for the City of Riverside |

STREAM|KIM
ATTORNEYS AT LAW
3403 TENTH STREET, STE 700
RIVERSIDE, CA 92501
951-783-9470

C1244/001 - 241771.1

| Jeffrey W. Amloyan<br>O'HAGAN MEYER<br>2615 Pacific Coast Highway, Suite 300<br>Hermosa Beach, CA 90254<br>Telephone: (310) 807-1100<br>Fax: (310) 807-1115<br>Email: jamloyan@ohaganmeyer.com<br><br>Attorney for Defendant,<br>Raincross Hospitality Management Corporation, a California Corporation as agent for the City of Riverside | Daniel S Roberts<br>COLE HUBER, LLP<br>2855 East Guasti Road, Suite 402<br>Ontario, CA 91761<br>Telephone: (909) 230-4209<br>Fax: (909) 937-2034<br>Email: droberts@colehuber.com<br><br>Attorney for Defendant,<br>The League of Women Voters Riverside |
|---|---|
| Tyler Justin Sherman<br>COLE HUBER LLP<br>2281 Lava Ridge Court Suite 300<br>Roseville, CA 95661<br>Telephone: 916-780-9009<br>Fax: 916-780-9050<br>Email: tsherman@colehuber.com<br><br>Attorney for Defendant,<br>The League of Women Voters Riverside | Derek P Cole<br>COTA DUNCAN AND COLE<br>2261 Lava Ridge Court<br>Roseville, CA 95661<br>Telephone : (916) 780-9009<br>Email: dcole@cotalawfirm.com<br><br>Attorney for Defendant,<br>The League of Women Voters Riverside |
| Lee K Fink<br>BROWER LAW GROUP, APC.<br>100 Pacifica, Suite 160<br>Irvine, CA 92618<br>Telephone: (949) 668-0825<br>Email: lee@browerlawgroup.com<br><br>Attorney for Defendants,<br>Riverside County Democratic Party, and Women's March Action | |