# EXHIBIT 1



**EXHIBIT 1**

| | |
|---|---|
| **From:** | Eugene Kim |
| **To:** | John Eastman |
| **Cc:** | Alexander Haberbush; Anthony Caso; Janet Velazquez; Elizabeth Duran |
| **Subject:** | Re: Gaetz v Riverside - hearing date |
| **Date:** | Sunday, December 31, 2023 6:44:47 PM |

Yes, that works for us.  Please prepare the stipulation and we will sign it.

Sent from my iPhone

On Dec 29, 2023, at 2:14 PM, John Eastman <jeastman@ccg1776.com> wrote:

 **This is the first email you've received from this external sender.**
Do not click links or open attachments unless it is an email you expected to receive.

Dear Mr. Kim:

We are in receipt of the motion to dismiss you filed on behalf of Unidos for La Cause on December 26, 2023.

As your motion raises the same issues as will already be addressed at the hearing on the other motions to dismiss filed by several of the non-governmental defendants, would you be amenable to scheduling the hearing date for your motion on the same February 1 date as the others, rather than the February 29 date noticed in your motion?  If so, we can file a joint request to the court to that effect.

If I don't hear from you yet today, have a nice New Year's holiday weekend and we can speak on Tuesday.

Sincerely,
John Eastman
(714) 943-9983 cell

