# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – CENTRAL DIVISION

| | |
|---|---|
| REPRESENTATIVE MATT GAETZ, ET AL., <br><br> Plaintiffs, <br><br> vs. <br><br> CITY OF RIVERSIDE, ET AL. <br><br> Defendants. | CASE NO. 5:23-cv-01368-HDV-SHK <br><br> **[PROPOSED] ORDER GRANTING DEFENDANT UNIDOS FOR LA CAUSA, INC.'S NOTICE OF MOTION AND MOTION FOR ATTORNEYS' FEES PURSUANT TO 42 U.S.C. § 1988; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF** <br><br> Judge: Hon. Hernán D. Vera <br><br> Date: February 6, 2025 <br> Time: 10:00 a.m. <br> Dept.: 5B <br><br> *Filed Concurrently With:* <br> 1.   *Notice of Motion and Motion for Attorneys' Fees* <br> 2.   *Declaration of Eugene Kim* <br><br> Complaint Filed: July 13, 2023 <br> Amended Complaint Filed: October 3, 2023 |

STREAM|KIM
ATTORNEYS AT LAW
3403 TENTH STREET,
STE 700
RIVERSIDE, CA 92501
951-783-9470

1

[PROPOSED] ORDER GRANTING DEFENDANT UNIDOS FOR LA CAUSA, INC.'S NOTICE OF MOTION AND MOTION FOR ATTORNEYS' FEES PURSUANT TO 42 U.S.C. § 1988; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF

# [PROPOSED] ORDER

The Court having read and considered Defendant Unidos for la Causa, Inc.'s Motion to for Attorney's Fees Pursuant to 42 U.S.C. § 1988, and good cause having been shown therefor, the Court hereby **ORDERS** as follows:

Defendant Unidos for La Causa, Inc.'s Motion for Attorney's Fees is **GRANTED** and Plaintiffs are ordered to pay attorney's fees to Unidos in the amount of _____.

**IT IS SO ORDERED.**

Dated:

**The Honorable Hernan D. Vera**
**United States District Judge**

STREAM|KIM
ATTORNEYS AT LAW
3403 TENTH STREET,
STE 700
RIVERSIDE, CA 92501
951-783-9470

2

[PROPOSED] ORDER GRANTING DEFENDANT UNIDOS FOR LA CAUSA, INC.'S NOTICE OF MOTION AND MOTION FOR ATTORNEYS' FEES PURSUANT TO 42 U.S.C. § 1988; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF

C1244/001 - 241771.1