# Exhibit 10

| Date | Attorney | Description | Hours | Rate ($) | Total |
|---|---|---|---|---|---|
| 7/15/2023 | Lee Fink | Legal research re 1985(3) claims and possible Rule 11 motion (2.5). | 2.5 | $750.00 | $1,875.00 |
| 10/2/2023 | Lee Fink | E-mail to counsel for co-Defendant regarding case and strategy (.2). | 0.2 | $750.00 | $150.00 |
| 10/5/2023 | Lee Fink | Review summons and complaint purportedly served on Riverside Democratic Party; arrange call with counsel for co-Defendant (.7). | 0.7 | $750.00 | $525.00 |
| 10/6/2023 | Lee Fink | Strategy call with counsel for co-Defendant; review docket for updated information, and legal research re sanctions (.7). | 0.7 | $750.00 | $525.00 |
| 12/13/2023 | Lee Fink | Review docket and call with opposing counsel regarding stipulation to set aside default (.4). Emails to client re status update (.2). | 0.6 | $750.00 | $450.00 |
| 12/21/2023 | Lee Fink | Legal research re motion to set aside default and e-mail to opposing counsel re default (.6). | 0.6 | $750.00 | $450.00 |
| 1/22/2024 | Lee Fink | Meeting with Clients re strategy (.5). | 0.5 | $750.00 | $375.00 |
| 1/24/2024 | Lee Fink | Legal and factual research regarding default and Rule 11; email to opposing counsel for Local Rule 7- Meet and Confer for motion to set aside default and Rule 11 motion re Default (2.0). | 2 | $750.00 | $1,500.00 |
| 1/31/2024 | Lee Fink | Draft proposed stipulation to set aside default and send to opposing counsel for comments (.5). | 0.5 | $750.00 | $375.00 |
| 2/1/2024 | Lee Fink | Attend and participate in hearing on motions to dismiss (4.3). | 4.3 | $750.00 | $3,225.00 |
| 2/14/2024 | Lee Fink | Email with oppposing counsel regarding setting aside default (.2). | 0.2 | $750.00 | $150.00 |
| 3/18/2024 | Lee Fink | Email to opposing counsel re potential stipulation to dismiss or basis for motion to dismiss (1.3). Legal research re attorneys' fees and email to counsel for other nonprofit defendants re attorneys' fees (1.1). Email update to clients re dismissal and fees (.7). | 3.1 | $750.00 | $2,325.00 |
| 3/21/2024 | Lee Fink | Review order setting aside default (.2). | 0.2 | $750.00 | $150.00 |
| 3/22/2024 | Lee Fink | Review and analyze court's ruling granting dismissal of nonprofit defendants and applicability to clients (1.0). | 1 | $750.00 | $750.00 |
| 3/25/2024 | Lee Fink | Email update to clients re dismissal status (.4). | 0.4 | $750.00 | $300.00 |
| 3/28/2024 | Lee Fink | Email to opposing counsel to meet and confer regarding motion to dismiss and FRCP Motion (.9). Review email from opposing counsel regarding dismissal and draft stipulations and orders re dismissal (.5). | 1.4 | $750.00 | $1,050.00 |
| 4/3/2024 | Lee Fink | Email to opposing counsel regarding dismissal of claims against clients (.2). Review emails regarding same (.2). Draft and file answers to First Amended Complaint (2.0). | 2.4 | $750.00 | $1,800.00 |

| Date | Attorney | Description | Hours | Rate ($) | Total |
|---|---|---|---|---|---|
| 4/4/2024 | Lee Fink | Exchange emails with co-Defendants and outline basics of motion for attorneys' fees (2.1). | 2.1 | $750.00 | $1,575.00 |
| 4/8/2024 | Lee Fink | Email to opposing counsel re meet and confer and dismissal (.4). | 0.4 | $750.00 | $300.00 |
| 4/9/2024 | Lee Fink | Meet with counsel for Defendants regarding attorneys' fees (.5). Email with opposing counsel re dismissal and exchange stipulation documents (.4). | 0.9 | $750.00 | $675.00 |
| 5/9/2024 | Lee Fink | Telephone call with counsel for co-Defendants regarding planning motion for attorneys' fees (.8). | 0.8 | $750.00 | $600.00 |
| 6/18/2024 | Lee Fink | Email counsel for other defendants regarding motion for attorneys' fees (.4). | 0.4 | $750.00 | $300.00 |
| 6/24/2024 | Lee Fink | Meet and confer call with all counsel regarding motion for entry of judgment and follow-up call with co-Defendant's attorney (.4). | 0.4 | $750.00 | $300.00 |
| 10/29/2024 | Lee Fink | Review stipulation for dismissal (.2). | 0.2 | $750.00 | $150.00 |
| 10/31/2024 | Lee Fink | Meeting with co-Defendants regarding attorneys' fees motion (.8). Factual research and prepare time for attorneys' fees motion (.5). Legal research re motion for attorneys' fees (1.4). Email to opposing counsel re meet and confer (.3). | 3 | $750.00 | $2,250.00 |
| 11/11/2024 | Lee Fink | Email to opposing counsel regarding meet and confer for attorneys' fee motion (.3). Legal research regarding attorneys' fees motion (2.0). | 2.3 | $750.00 | $1,725.00 |
| 11/12/2024 | Lee Fink | Meet and confer with opposing counsel regarding motion for attorneys' fees (.7). | 0.7 | $750.00 | $525.00 |
| 11/17/2024 | Lee Fink | Legal research and drafting of motion for attorneys' fees (2.5). | 2.5 | $750.00 | $1,875.00 |
| 11/19/2024 | Lee Fink | Draft motion for attorneys' fees (3.5). Draft supporting declaration (2.1). | 5.6 | $750.00 | $4,200.00 |
| 11/20/2024 | Lee Fink | Review, revise, finalize, and file motion papers (3.8) | 3.8 | $750.00 | $2,850.00 |
| | | **TOTAL** | **44.4** | | **$33,300.00** |