**ANDRADE GONZALEZ LLP**
SEAN A. ANDRADE (SBN: 223591)
sandrade@andradefirm.com
HENRY H. GONZALEZ, (SBN: 208419)
hgonzalez@andradefirm.com
2020 East 7th St.
Los Angeles, California 90021
Tele: (213) 986-3952 | Fax: (213) 995-9696

Christian Contreras, Esq. (SBN: 330269)
cc@Contreras-Law.com
**LAW OFFICES OF CHRISTIAN CONTRERAS**
**PROFESSIONAL LAW CORPORATION**
360 E. 2nd St., 8th Floor
Los Angeles, California 90012
Tel: (323) 435-8000 | Fax: (323) 597-0101

Attorneys for Defendant,
CALIFORNIA LULAC STATE ORGANIZATION

UNITED STATES DISTRICT COURT

CENTRAL DISCTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| REPRESENTATIVE MATT GAETZ, ET AL,<br><br>    Plaintiff,<br><br>    vs.<br><br>CITY OF RIVERSIDE, ET AL,<br><br>    Defendants. | Case No. 5:23-cv-01368-HDV-SHKx<br>[Assigned to the Hon. Hernan D. Vera]<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT CALIFORNIA LULAC STATE ORGANIZATION'S MOTION FOR ATTORNEYS' FEES**<br><br>Date:  February 6, 2025<br>Time:  10:00 AM<br>Place:  Courtroom 5B |

1. The motion of Defendant California LULAC State Organization ("LULAC") for an order awarding it attorneys' fees against Congressional Representatives Matt Gaetz and Marjorie Taylor Greene (collectively "Plaintiffs") came before this Court on February 6, 2025, at 8:30 a.m. All parties were represented by their respective counsels at the hearing.

Having read and considered the papers in support and in opposition to the motion, having heard and considered the arguments of counsel, on proof made to the satisfaction of the court that the motion ought to be granted, and good cause therefore, IT IS HEREBY ADJUGED AND ORDERED AS FOLLOWS:

1. LULAC's motion for attorneys' fees is granted.
2. LULAC is awarded _____ in attorneys' fees and _____ in costs in accordance with 42 U. S. C. § 1988.
3. This amount shall accrue interest at the rate of 10 percent per annum until paid.

**IT IS SO ORDERED.**

DATED: _____

By: _____
Hon. Hernan D. Vera
United States District Court Judge