# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATT GAETZ, et al.<br><br>Plaintiff(s),<br><br>v.<br><br>CITY OF RIVERSIDE, et al.<br><br>Defendant(s). | CASE NUMBER:<br><br>5:23–cv–01368–HDV–SHK<br><br>**NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your filed document:

Date Filed:   __11/20/2024__

Document No.:   __133__

Title of Document:   __MOTION for Attorney Fees ; Notice to Motion__

**ERROR(S) WITH DOCUMENT:**

Incorrect event selected. Correct event to be used is: Motion – Attorney's fees – doc no. 134

Proposed document was not submitted or was not submitted as a separate attachment.

Other:

No [Prop] Order – doc no. 133

**Note:**   In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.

Clerk, U.S. District Court

Dated: November 21, 2024        By:  /s/ *Lori Muraoka  lori_muraoka@cacd.uscourts.gov*
                                      Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.

G–112A(06/24) NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENTS