**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**OFFICE OF THE CLERK**
**255 EAST TEMPLE STREET, ROOM 180**
**LOS ANGELES, CALIFORNIA 90012**

**OFFICIAL BUSINESS**

```
-R-T-S-   900145008-1N           11/30/24
          RETURN TO SENDER
          UNABLE TO FORWARD
          UNABLE TO FORWARD
          RETURN TO SENDER
```



FILED
CLERK, U.S. DISTRICT COURT
DEC - 3 2024
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

5:23-cv-1368-HDV



Case: 5:23cv1368   Doc: 135

Kedar Shrinivas Vishwanathan
Andrade Gonzalez LLP
801 South Figueroa Street Suite 1050
Los Angeles, CA 90014

free copy and 30 page limit do not apply.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

**Notice of Electronic Filing**

The following transaction was entered on 11/21/2024 at 4:00 PM PST and filed on 11/21/2024

**Case Name:**     Matt Gaetz et al v. City of Riverside et al

**Case Number:**    5:23-cv-01368-HDV-SHK

**Filer:**

**WARNING: CASE CLOSED on 10/30/2024**

**Document Number:**   135

**Docket Text:**
NOTICE TO FILER OF DEFICIENCIES in Electronic Filed Document RE: NOTICE OF MOTION AND MOTION for Attorney Fees [133], Notice of Motion [134]. The following error(s) was/were found: Incorrect event selected. Correct event to be used is: Motion - Attorney's fees - doc no. 134. Proposed document was not submitted or was not submitted as a separate attachment. Other error(s) with document(s): No [Prop] Order - doc no. 133. In response to this notice, the Court may: (1) order an amended or correct document to be filed; (2) order the document stricken; or (3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so. (lom)

**5:23-cv-01368-HDV-SHK Notice has been electronically mailed to:**
Phaedra A Norton     pnorton@riversideca.gov
Derek P Cole     dcole@colehuber.com, trainsbury@colehuber.com, kmorris@colehuber.com, dcole@cotalawfirm.com
Nadin S Said     cperez-cota@riversideca.gov, nsaid@riversideca.gov
John C. Eastman     jeastman@ccg1776.com, jeastman@recap.email
Henry H Gonzalez     hgonzalez@andradefirm.com, smasterson@andradefirm.com, greese@andradefirm.com, sandrade@andradefirm.com
Joseph David Axelrad     joseph.axelrad@lw.com, joseph-axelrad--3619@ecf.pacerpro.com
Donald Scott Dodd     sdodd@williamrprice.com
Deborah J Fox     dmehretu@meyersnave.com, calendardept@meyersnave.com, dfox@meyersnave.com, gduran@meyersnave.com
Tyler Justin Sherman     tsherman@colehuber.com, kmorris@colehuber.com
Alexander Hunt Haberbush     vhaberbush@lbinsolvency.com, jborin@lbinsolvency.com, kjones@lexrex.org, lbogard@lbinsolvency.com, ahaberbush@lbinsolvency.com, ahaberbush@lexrex.org, abostic@lbinsolvency.com
Samuel Y Edgerton     mburke@ohaganmeyer.com, sedgerton@ohaganmeyer.com, jsimmers@ohaganmeyer.com
Daniel S Roberts     dlenz@colehuber.com, rbolin@colehuber.com, droberts@colehuber.com
Marvin S Putnam     marvin.putnam@lw.com, marvin-putnam-7415@ecf.pacerpro.com
Jeffrey W Amloyan     jamloyan@ohaganmeyer.com