DEREK P. COLE, Bar No. 204250
dcole@colehuber.com
DANIEL S. ROBERTS, Bar No. 205535
droberts@colehuber.com
TYLER J. SHERMAN, Bar No. 343567
tsherman@colehuber.com
COLE HUBER LLP
2855 E. Guasti Road, Suite 402
Ontario, California 91761
Telephone:   (909) 230-4209
Facsimile:    (909) 937-2034

Attorneys for Defendant
League of Women Voters Riverside

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| REPRESENTATIVE MATT GAETZ, ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF RIVERSIDE, ET AL., <br><br> Defendants. | Case No. 5:23-CV-1368 HDV (SHKx) <br> Hon. Hernán D. Vera <br><br> **DEFENDANT LEAGUE OF WOMEN VOTERS RIVERSIDE'S <u>SUPPLEMENT TO</u> MOTION FOR ATTORNEY'S FEES** <br><br> Date:     February 6, 2025 <br> Time:    10:00 a.m. <br> Crtm:    5B |

4884-9436-5383.2

# SUPPLEMENT TO MOTION FOR ATTORNEY'S FEES

Defendant League of Women Voters Riverside hereby files this supplement to their Motion for Attorney's Fees set for hearing on February 6, 2025 at 10:00 a.m. (Doc No. 130) in order to provide the two summaries, in table form, of the hours worked by and billing rate of each attorney as required under Part X.F of this Court's Civil Standing Order. The undersigned counsel missed that requirement in preparing the original moving papers filed on November 20, 2024. The information in the tables below is identical to that provided in the original moving papers, but is organized into the table format required by the Court.

**Table 1 – Organized by Task**

| Task | Attorney | Hrs Wkd | Rate |
|---|---|---|---|
| Client meetings and communications | Daniel S. Roberts (partner) | 12.1 | $840 |
| Eval. of Origi. Compl. and prep. Mot. to Dismiss same | Daniel S. Roberts (partner) | 36.0 | $840 |
| Communications with Plaintiffs' counsel | Daniel S. Roberts (partner) | 2.8 | $840 |
| Eval. First Am. Compl. and prep. Mot. to Dismiss same | Daniel S. Roberts (partner) | 14.0 | $840 |
| Review Pls' Opp'n and prep. Reply thereto | Daniel S. Roberts (partner) | 0.4 | $840 |
| Review Pls' Opp'n and prep. Reply thereto | Tyler J. Sherman (associate) | 29.0 | $680 |
| Prep. for and attend Mot. to Dismiss hearing | Daniel S. Roberts (partner) | 15.9 | $840 |
| Research and prep. Mot. for Atty Fees | Daniel S. Roberts (partner) | 11.8 | $840 |
| Research and prep. Mot. for Atty Fees | Tyler J. Sherman (associate) | 18.0 | $680 |
| Miscellaneous | Daniel S. Roberts (partner) | 3.2 | $840 |

/ / /

/ / /

4937-8700-8522.1

**Table 2 – Organized by Attorney**

| Attorney | Task | Hrs Wkd | Rate |
|---|---|---|---|
| Daniel S. Roberts (partner) | Client meetings and communications | 12.1 | $840 |
| Daniel S. Roberts (partner) | Eval. of Origi. Compl. and prep. Mot. to Dismiss same | 36.0 | $840 |
| Daniel S. Roberts (partner) | Communications with Plaintiffs' counsel | 2.8 | $840 |
| Daniel S. Roberts (partner) | Eval. First Am. Compl. and prep. Mot. to Dismiss same | 14.0 | $840 |
| Daniel S. Roberts (partner) | Review Pls' Opp'n and prep. Reply thereto | 0.4 | $840 |
| Daniel S. Roberts (partner) | Prep. for and attend Mot. to Dismiss hearing | 15.9 | $840 |
| Daniel S. Roberts (partner) | Research and prep. Mot. for Atty Fees | 11.8 | $840 |
| Daniel S. Roberts (partner) | Miscellaneous | 3.2 | $840 |
| Tyler J. Sherman (associate) | Review Pls' Opp'n and prep. Reply thereto | 29.0 | $680 |
| Tyler J. Sherman (associate) | Research and prep. Mot. for Atty Fees | 18.0 | $680 |

Dated: December 31, 2024　　　Respectfully submitted,

　　　　　　　　　　　　　　　COLE HUBER LLP

　　　　　　　　　　　　　　　By: ____/s/ Daniel S. Roberts_____
　　　　　　　　　　　　　　　　　Derek P. Cole
　　　　　　　　　　　　　　　　　Daniel S. Roberts
　　　　　　　　　　　　　　　　　Tyler J. Sherman
　　　　　　　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　　　　　　League of Women Voters Riverside

4937-8700-8522.1

# CERTIFICATE OF COMPLIANCE

The undersigned, counsel of record for Defendant League of Women Voters, certifies that this brief contains 385 words, which complies with the word limit of L.R. 11-6.1.

Dated: December 31, 2024          COLE HUBER LLP

By: _____/s/ Daniel S. Roberts_____
Derek P. Cole
Daniel S. Roberts
Tyler J. Sherman
Attorneys for Defendant
League of Women Voters Riverside

4937-8700-8522.1