Anthony T. Caso, No. 088561
CONSTITUTIONAL COUNSEL GROUP
1628 N. Main St. #289
Salinas, CA  93906
Telephone: (916) 601-1916
E-Mail:  atcaso@ccg1776.com

Alexander H. Haberbush, Esq., SBN 330368
LEX REX INSTITUTE
444 West Ocean Boulevard, Suite 1403
Long Beach, CA 90802
Telephone No. (562) 435-9062
E-Mail: AHaberbush@LexRex.org

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REPRESENTATIVE MATT GAETZ, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF RIVERSIDE, et al.,<br><br>Defendants. | Case No.: 5:23-cv-01368-HDV-SHK<br><br>**JOINT STIPULATION TO CONTINUE HEARING ON MOTIONS FOR ATTORNEYS' FEES**<br><br>The Hon. Hernán D. Vera |

1

Plaintiffs Matt Gaetz, Marjorie Taylor-Greene, Put America First Joint Fundraising Committee, Friends of Matt Gaetz, and Green for Congress (collectively "Plaintiffs") on the one hand, and Defendants California LULAC State Organization ("LULAC"), National Association for the Advancement of Colored People ("NAACP"), Unidos for La Causa, Inc. ("Unidos"), The League of Women Voters Riverside ("LWV"), Women's March Action, and Riverside County Democratic Party (collectively "Nonprofit Defendants") on the other hand, each through their respective undersigned counsel of record, hereby stipulate and agree as follows:

1. On November 20, 2024, Defendants LWV, NAACP, LULAC, Unidos, Riverside County Democratic Party (RDP), and Women's March Action (WMA) filed five separate motions for attorneys' fees, each with a hearing set for February 6, 2025. Docket Nos. 130-34.

2. In order to allow plaintiffs time to seek substitute counsel in light of the potential conflict that the motions for fees presents and to allow that substitute counsel time to respond to the five separate motions, the parties have agreed to this stipulation to continue the hearing on the motions.

3. Pursuant to Local Rule 7-11, the parties stipulate to continue the hearing to April 10, 2025 (a date currently open on the Court's calendar). With this continuance, the plaintiffs' oppositions to the motions for attorneys' fees will be due on March 20, 2025, and the replies will be due on March 27, 2025.

4. The undersigned parties therefore stipulate to continue the hearing on the motions for attorneys' fees to April 10, 2025.

SO STIPULATED AND REQUESTED.

| | | |
|---|---|---|
| 1 | Dated: January 12, 2025 | CONSTITUTIONAL COUNSEL GROUP |
| 2 | | By: _____Anthony T. Caso_____ |
| 3 | | Anthony T. Caso<br>Attorneys for Plaintiffs |
| 4 | Dated: January 12, 2025 | COLE HUBER LLP |
| 5 | | By: _____Daniel S. Roberts_____ |
| 6 | | Daniel S. Roberts<br>Attorneys for Defendant |
| 7 | | League of Women Voters Riverside |
| 8 | Dated: January 12, 2025 | LATHAM & WATKINS LLP |
| 9 | | By: _____Laura R. Washington_____ |
| 10 | | Laura R. Washington<br>Attorneys for Defendant National |
| 11 | | Association for the Advancement of<br>Colored People |
| 12 | Dated: January 12, 2025 | ANDRADE GONZALEZ LLP |
| 13 | | By: _____Sean Andrade_____ |
| 14 | | Sean Andrade<br>Henry Gonzalez<br>Attorneys for Defendant |
| 15 | | California LULAC State Organization |

[SIGNATURES CONTINUE ON NEXT PAGE]

| | | |
|---|---|---|
| Dated: January 12, 2025 | | STREAM KIM HICKS WRANGE & ALFARO, P.C. |

By: _____Elizabeth V. Duran_____
Eugene Kim
Elizabeth V. Duran
Attorneys for Defendant
Unidos for La Causa, Inc.

Dated: January 12, 2025        BROWER LAW GROUP, APC

By: _____Lee K. Fink_____
Lee K. Fink
Attorneys for Defendants
Riverside County Democratic Party and
Women's March Action

\* Pursuant to Local Rule 5-4.3.4(a)(2)(i), the filer of this Stipulation attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.