Anthony T. Caso, No. 088561
CONSTITUTIONAL COUNSEL GROUP
1628 N. Main St. #289
Salinas, CA  93906
Telephone: (916) 601-1916
E-Mail:  atcaso@ccg1776.com

Alexander H. Haberbush, Esq., SBN 330368
LEX REX INSTITUTE
444 West Ocean Boulevard, Suite 1403
Long Beach, CA 90802
Telephone No. (562) 435-9062
E-Mail: AHaberbush@LexRex.org

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REPRESENTATIVE MATT GAETZ, et al. | Case No.: 5:23-cv-01368-HDV-SHK |
| Plaintiffs, | **[PROPOSED] ORDER CONTINUING HEARING ON DEFENDANTS' MOTIONS FOR ATTORNEYS' FEES** |
| v. | |
| CITY OF RIVERSIDE, et al., | Judge:  Hon. Hernan D. Vera |
| Defendants. | |

By stipulation of the parties, the hearing on the motions for attorneys' fees in this case currently set for February 6, 2025, is hereby continued to April 10, 2025.  The oppositions to the motions is due on March 20, 2025, and the replies are due on March 27, 2025.

IT IS SO ORDERED.

1

1  Dated: January __, 2025

3  
_____  
Hon. Hernán D. Vera  
UNITED STATES DISTRICT JUDGE