Anthony T. Caso, No. 088561
CONSTITUTIONAL COUNSEL GROUP
1628 N. Main St. #289
Salinas, CA  93906
Telephone: (916) 601-1916
E-Mail:  atcaso@ccg1776.com

Alexander H. Haberbush, Esq., SBN 330368
LEX REX INSTITUTE
444 West Ocean Boulevard, Suite 1403
Long Beach, CA 90802
Telephone No. (562) 435-9062
E-Mail: AHaberbush@LexRex.org

LINK 138

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

REPRESENTATIVE MATT GAETZ, et al.

Plaintiffs,

v.

CITY OF RIVERSIDE, et al.,

Defendants.

Case No.: 5:23-cv-01368-HDV-SHK

[PROPOSED] ORDER CONTINUING HEARING ON DEFENDANTS' MOTIONS FOR ATTORNEYS' FEES

Judge:  Hon. Hernan D. Vera

By stipulation of the parties, the hearing on the motions for attorneys' fees in this case currently set for February 6, 2025, is hereby continued to April 10, 2025.  The oppositions to the motions is due on March 20, 2025, and the replies are due on March 27, 2025.

IT IS SO ORDERED.

1

1   Dated:  January 13, 2025

_____
Hon. Hernán D. Vera
UNITED STATES DISTRICT JUDGE