# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Matt Gaetz, et. al.<br><br>                     v.<br><br>City of Riverside, et. al.<br><br>Plaintiff(s) / Defendant(s). | CASE NUMBER<br><br>5:23-cv-01368-HDV-SHK<br><br>**(PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY** |

☒ The Court hereby orders that the request of:
Representative Matt Gaetz; Representative Marjorie Taylor-Greene; Put America First Joint Fundraising Committee; Friends of Matt Gaetz; and Greene for Congress, Inc.

☒ Plaintiffs ☐ Defendant ☐ Other

☒ to substitute  Michael S. LeBoff  who is

☒ Retained Counsel ☐ Counsel appointed by the Court (Criminal cases only) ☐ Pro Se

4770 Von Karman Avenue
*Street Address*

Newport Beach, CA 92660     leboff@kleinandwilson.com
*City, State, Zip*                          *E-Mail Address*

(949) 631-3300        (949) 631-3703        204612
*Telephone Number*      *Fax Number*        *State Bar Number*

As attorney of record instead of   Alexander Hunt Haberbush
List ***all*** attorneys from same firm or agency who are withdrawing.

**Is hereby** ☒ **GRANTED** ☐ **DENIED**

☐ The Court hereby orders that the request of: _____
List ***all*** attorneys from same firm or agency who are withdrawing.

to withdraw as attorney of record for _____

**Is hereby** ☐ **GRANTED** ☐ **DENIED**

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing/substituting attorney(s) in this case.

Dated: _____

U.S. District Judge/U.S. Magistrate Judge