# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Matt Gaetz, et. al. | CASE NUMBER |
|---|---|
| Plaintiff(s) | 5:23-cv-01368-HDV-SHK |
| v. | |
| City of Riverside, et. al. | **(PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY** |
| Defendant(s). | |

☒ The Court hereby orders that the request of:
Representative Matt Gaetz; Representative Marjorie Taylor-Greene; Put America First Joint Fundraising Committee; Friends of Matt Gaetz; and Greene for Congress, Inc.

☒ Plaintiffs ☐ Defendant ☐ Other ___

☒ to substitute  Michael S. LeBoff  who is

☒ Retained Counsel ☐ Counsel appointed by the Court (Criminal cases only) ☐ Pro Se

4770 Von Karman Avenue
Street Address

Newport Beach, CA 92660                    leboff@kleinandwilson.com
City, State, Zip                                          E-Mail Address

(949) 631-3300          (949) 631-3703          204612
Telephone Number       Fax Number              State Bar Number

As attorney of record instead of   Anthony T. Caso and John C. Eastman
List **all** attorneys from same firm or agency who are withdrawing.

**Is hereby** ☒ **GRANTED** ☐ **DENIED**

☐ The Court hereby orders that the request of: ___
List **all** attorneys from same firm or agency who are withdrawing.

to withdraw as attorney of record for ___

**Is hereby** ☐ **GRANTED** ☐ **DENIED**

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing/substituting attorney(s) in this case.

Dated: ___

U.S. District Judge/U.S. Magistrate Judge