# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

MATT GAETZ, et al.

    Plaintiff(s),

v.

CITY OF RIVERSIDE, et al.

    Defendant(s).

CASE NUMBER:

5:23–cv–01368–HDV–SHK

**NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT**

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your filed document:

Date Filed:   2/12/2025

Document No.:   140, 141

Title of Document:   Request for Substitution of Attorney

**ERROR(S) WITH DOCUMENT:**

Request for Substitution should be filed as a separate doc with [Prop] order attached.

Other:

If the Attorney representing the parties and the parties are the same, and the substituted attorney attorney(s) are the same; they can be included in one form

**Note:**   In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.

Clerk, U.S. District Court

Dated: February 14, 2025          By: /s/ *Lori Muraoka  lori_muraoka@cacd.uscourts.gov*
                                                    Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.

G–112A(06/24) NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENTS