LINK 140

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Matt Gaetz, et. al.<br><br>v.<br><br>City of Riverside, et. al.<br>Plaintiff(s) / Defendant(s). | CASE NUMBER<br>5:23-cv-01368-HDV-SHK<br><br>(~~PROPOSED~~) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY |

☒ The Court hereby orders that the request of:
Representative Matt Gaetz; Representative Marjorie Taylor-Greene; Put America First Joint Fundraising Committee; Friends of Matt Gaetz; and Greene for Congress, Inc.

☒ Plaintiffs ☐ Defendant ☐ Other

☒ to substitute   Michael S. LeBoff   who is
☒ Retained Counsel ☐ Counsel appointed by the Court (Criminal cases only) ☐ Pro Se

4770 Von Karman Avenue
Street Address

Newport Beach, CA 92660        leboff@kleinandwilson.com
City, State, Zip                          E-Mail Address

(949) 631-3300        (949) 631-3703        204612
Telephone Number    Fax Number        State Bar Number

As attorney of record instead of   Alexander Hunt Haberbush
List **all** attorneys from same firm or agency who are withdrawing.

**Is hereby** ☒ **GRANTED** ☐ **DENIED**

☐ The Court hereby orders that the request of: _____
List **all** attorneys from same firm or agency who are withdrawing.

to withdraw as attorney of record for _____

**Is hereby** ☐ **GRANTED** ☐ **DENIED**

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing/substituting attorney(s) in this case.

Dated: 02/19/25                    _____
                                    U.S. District Judge/U.S. Magistrate Judge