LINK  141

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Matt Gaetz, et. al. | | CASE NUMBER |
|---|---|---|
| | Plaintiff(s) | 5:23-cv-01368-HDV-SHK |
| v. | | |
| City of Riverside, et. al. | Defendant(s). | (~~PROPOSED~~) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY |

☒  The Court hereby orders that the request of:
Representative Matt Gaetz; Representative Marjorie Taylor-Greene; Put America First Joint Fundraising Committee; Friends of Matt Gaetz; and Greene for Congress, Inc.              ☒Plaintiffs  ☐Defendant ☐Other ___

      ☒ to substitute  __Michael S. LeBoff_____ who is

      ☒ Retained Counsel ☐Counsel appointed by the Court (Criminal cases only) ☐Pro Se

4770 Von Karman Avenue
_____
                 Street Address

| _Newport Beach, CA 92660_ | | _leboff@kleinandwilson.com_ |
|---|---|---|
| City, State, Zip | | E-Mail Address |
| _(949) 631-3300_ | _(949) 631-3703_ | _204612_ |
| Telephone Number | Fax Number | State Bar Number |

As attorney of record instead of   _Anthony T. Caso and John C. Eastman_____
                        List **_all_** attorneys from same firm or agency who are withdrawing.

_____

_____

**Is hereby ☒ GRANTED  ☐ DENIED**

☐  The Court hereby orders that the request of:   _____
                        List **_all_** attorneys from same firm or agency who are withdrawing.

to withdraw as attorney of record for   _____

**Is hereby ☐ GRANTED  ☐ DENIED**

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing/substituting attorney(s) in this case.

Dated:  02/19/25

_____
U.S. District Judge/U.S. Magistrate Judge