1  LATHAM & WATKINS LLP
       Marvin S. Putnam (Bar No. 212839)
2        *marvin.putnam@lw.com*
       Laura R. Washington (Bar No. 266775)
3        *laura.washington@lw.com*
       Joseph Axelrad (Bar No. 274580)
4        *joseph.axelrad@lw.com*
   10250 Constellation Blvd., Suite 1100
5  Los Angeles, California 90067
   Telephone: +1.424.653.5500
6  Facsimile: +1.424.653.5501

7  *Attorneys for Defendant National*
   *Association for the Advancement*
8  *of Colored People*

9

10              **UNITED STATES DISTRICT COURT**

11              **CENTRAL DISTRICT OF CALIFORNIA**

12

13  REPRESENTATIVE MATT GAETZ,          CASE NO. 5:23-cv-01368-HDV-SHK
    et al.,
14                                       **NOTICE OF WITHDRAWAL OF**
                  Plaintiffs,            **DEFENDANT NATIONAL**
15                                       **ASSOCIATION FOR THE**
          v.                             **ADVANCEMENT OF COLORED**
16                                       **PEOPLE'S MOTION FOR**
    CITY OF RIVERSIDE, et al.,           **ATTORNEY'S FEES AND COSTS**
17
                  Defendants.            Date:      May 8, 2025
18                                       Time:      10:00 a.m.
                                         Place:     Courtroom 5B, 5th Floor
19                                       Judge:     Hon. Hernán D. Vera
20                                       FAC Filed:    October 2, 2023
21

22

23

24

25

26

27

28

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
CENTURY CITY

                                    CASE NO. 5:23-cv-01368-HDV-SHK
                              NOTICE OF WITHDRAWAL OF DEFENDANT
                              NAACP'S MOTION FOR ATTORNEY'S FEES

1  **TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

2      **PLEASE TAKE NOTICE** that defendant National Association for the

3  Advancement of Colored People hereby withdraws its Motion for Attorney's Fees

4  and Costs presently set for hearing on May 8, 2025 against Plaintiffs Matt Gaetz

5  and Marjorie Taylor-Greene, and asks that the hearing be taken off calendar.

6

7  Dated:  April 24, 2025                 LATHAM & WATKINS LLP

8

9                         By */s/ Laura R. Washington*

10                            Laura R. Washington

11

12                         Attorneys for Defendant National Association for the Advancement of Colored People

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
CENTURY CITY

2

CASE NO. 5:23-cv-01368-HDV-SHK
NOTICE OF WITHDRAWAL OF DEFENDANT
NAACP'S MOTION FOR ATTORNEY'S FEES